# Exhibit 1

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>22nd **JUDICIAL CIRCUIT**<br>Washtenaw **COUNTY** | **SUMMONS** | **CASE NUMBER**<br>24-946-CZ<br>Van der Bergh |
|---|---|---|

| **Court address**<br>1 E HuronAnn Arbor, MI 48104 | **Court telephone number**<br>734-222-3270 |
|---|---|

| **Plaintiff's name, address, and telephone number**<br>ROBERT EDWARD HURSE,<br>4805 Sycamore Road<br>Newport, MI 48166<br>(734) 741-3100 | v | **Defendant's name, address, and telephone number**<br>Washtenaw Community College<br>4800 E Huron River Dr, Ann Arbor, MI 48105<br>(734) 973-3300 |
|---|---|---|

Plaintiff's attorney bar number, address, and telephone number

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| **SUMMONS** |
|---|

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| **Issue date**<br>06/17/2025 | **Expiration date***<br>9/16/2025 | **Court clerk**<br>Kimberly Allum |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

Washtenaw County<br>Clerk of the Court<br>RECEIVED<br>JUN 17 2025

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY<br>22nd<br>Washtenaw | JURY DEMAND | CASE NO. and JUDGE<br>24-946 -C2<br>Vanden Bergh. |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 1 E Huron Rd, Ann Arbor, MI 48104 | 734-222-3270 |

| Plaintiff's/Petitioner's name<br>Robert Edward Hurse | | Defendant's/Respondent's name<br>Washtenaw Community College |
|---|---|---|
| Plaintiff's/Petitioner's address and telephone no. or attorney name, bar no., address, and telephone no.<br><br>4805 Sycamore Road<br>Newport, MI 48166<br>(734) 741-3100 | v | Defendant's/Respondent's address and telephone no. or attorney name, bar no., address, and telephone no.<br><br>4800 E Huron River Dr, Ann Arbor, MI 48105<br>(734) 973-3300 |

In the matter of _____

1. I demand a jury trial.

Date  06-17-25

Signature

# IN THE CIRCUIT COURT FOR THE COUNTY OF WASHTENAW

# STATE OF MICHIGAN

ROBERT HURSE,
Plaintiff,

v.

WASHTENAW COMMUNITY COLLEGE,
DEFENDANT.

## COMPLAINT AND EXHIBITS

Filed: June 2025

# IN THE CIRCUIT COURT FOR THE COUNTY OF

# WASHTENAW, STATE OF MICHIGAN

**ROBERT HURSE**

**4805 SYCAMORE RD**

**NEWPORT, MICHIGAN 48166**

**Plaintiff**

v.

**WASHTENAW COMMUNITY COLLEGE**

**4800 E. Huron River Drive**

 **Ann Arbor, MI 48105**

**Defendant**

Case No: _____

Hon. _____

**VERIFIED COMPLAINT AND JURY DEMAND**

Plaintiff, **ROBERT HURSE**, in pro per, and for his Verified Complaint against

Defendant **WASHTENAW COMMUNITY COLLEGE** ("WCC" or "Defendant"),

states as follows:

**I. PARTIES**

- Plaintiff **Robert Hurse** ("Plaintiff") is a resident of Monroe County, Michigan.
- Defendant **Washtenaw Community College** is a public educational institution located at 4800 E. Huron River Drive, Ann Arbor, MI 48105.

## II. JURISDICTION AND VENUE

- This Court has subject matter jurisdiction under **MCL § 600.605**, and personal jurisdiction over the parties.
- Venue is proper in Washtenaw County under **MCL § 600.1621(a)** as the events occurred in this county.

## III. INTRODUCTION

This case arises out of WCC's repeated failure to ensure due process and uphold its own institutional policies. Plaintiff made multiple good-faith attempts to address safety and academic concerns over a period of years.

These failures are not new. The College's recent mishandling of Plaintiff's case echoes earlier misconduct Plaintiff experienced in 2015, 2017, and 2019, including unresolved faculty disputes, unanswered complaints, and academic harm that WCC refused to meaningfully investigate.

Despite these prior incidents, the College never acknowledged its role, issued a remedy, or created safeguards to prevent recurrence. As a result, Plaintiff re-experienced many of the same harms — including institutional silence, academic disruption, and administrative neglect — in 2020 and beyond.

3

In 2025, when Plaintiff attempted again to resolve these concerns, WCC responded not with accountability, but by declaring the matter closed — without investigation, without acknowledgement, and in a tone that invoked the full institutional weight of the College as a chilling force.

Plaintiff was made to feel that escalating his concerns would result in retaliation or be met with the full legal and institutional weight of the College, an intimidating signal that discouraged further attempts at redress.

As a student without legal representation and limited access to internal grievance procedures, Plaintiff was placed at a clear disadvantage — one which the College exploited through repeated non-responsiveness and dismissal.

Plaintiff now brings this action to hold the institution accountable for its lack of transparency, disregard for policy, and continuing administrative failures that caused both tangible and ongoing harm.

## IV. FACTUAL BACKGROUND

Plaintiff attended courses at Defendant's institution, including:

**Sociology** with Professor **Mimi Norwood**

**Entrepreneurship** with Professor Shannon **Beeman**

**Business on the Internet** with Professor **Donna Rochester**

In the Sociology course taught by Professor Norwood, Plaintiff made multiple attempts to communicate regarding **EXAM 2**, but received no response. Instead of receiving support or clarification, Plaintiff's final grade appeared to have been

4

**downgraded from a C– to a D** on the transcript without explanation or due process. While Plaintiff's claim is not about seeking grade changes, this incident reflects a deeper failure — the College allowed instructors to act unaccountably, without any system of correction or recourse for students. The harm came not from a letter grade, but from being **ignored, undermined, and left without institutional protection**.

In the Business on the Internet course with Professor Rochester, Plaintiff submitted a project based on **Instagram** — a topic relevant to Plaintiff's work in the fashion industry. Despite this, Professor Rochester dismissed the project without a valid basis and refused to honor what was clearly permitted in the syllabus. When Plaintiff asked for clarification and resubmission guidance, Rochester failed to respond meaningfully and instead penalized Plaintiff for using a topic she arbitrarily rejected. This again highlights how faculty at WCC were **permitted to disregard course guidelines and student concerns with no accountability or administrative intervention**.

It is clear and apparent that these events — like the later **Shannon Beeman incident** — were not isolated. They reflect a pattern where WCC allowed instructors to conduct themselves with **impunity**, even when their behavior caused disruption, retaliation, or emotional distress. The College's **failure to investigate or intervene** in any of these situations laid the groundwork for the institutional harm at the heart of this Complaint. See Exhibit F.

5

- **In 2017**, Plaintiff experienced a classroom safety incident involving instructor **Shannon Beeman**. After a confrontational exchange, Plaintiff filed a formal complaint, and a report was generated by **Officer Lucas Coffey**. WCC failed to follow up or provide any institutional support. See Exhibit B.

- The need for the escort and Plaintiff's concerns about campus safety were exacerbated later that year when, after being re-enrolled in the same course for the Fall semester, Plaintiff experienced stalking behavior from an individual on campus. These stalking concerns prompted Plaintiff to again request escort services from campus safety. Despite repeated safety-related concerns, WCC took no meaningful action to investigate or offer protection.

- **On June 13, 2017**, Plaintiff submitted a formal complaint to campus safety and spoke with **Officer Cole,** who documented statements from both Plaintiff and **Officer Coffey** regarding the disturbance involving **Instructor Beeman.** These reports documented that Plaintiff remained calm and cooperative while the instructor raised her voice, discouraged his participation, and questioned his suitability for the course. See Exhibit B.

- On June 22, 2017, WCC formally opened a "Refund Exception" case related to this incident, assigning the matter to Dean Larry Aeilts. See Exhibit C. The case remained open and unresolved, and no documented action was taken to remedy the harm Plaintiff experienced. This failure

6

supports Plaintiff's claims of breach of contract, institutional negligence, and fraudulent concealment.

- In 2019, Plaintiff faced course delivery issues and grade-related misconduct that again went unaddressed. His repeated emails and inquiries were met with silence or deflection. See Exhibit F.

- These events caused measurable harm to Plaintiff's GPA, emotional well-being, and trust in the institution. Despite repeated efforts, WCC provided no formal grievance resolution or accountability.

- Plaintiff continued his education and attempted to move forward, but WCC's past failures resurfaced in 2025 when he raised new concerns and sought clarity regarding unresolved academic and administrative issues.

- Rather than address the issues, WCC summarily denied Plaintiff's concerns, only to later admit in writing that documentation was still under review — a contradiction that confirmed Plaintiff's long-standing concerns about procedural neglect.

- In the years that followed, Plaintiff repeatedly attempted to seek in-person dialogue and institutional resolution, including written communications and meeting requests directed to Provost **Linda Blakey**, General Counsel **Larry Barkoff**, and Executive Secretary **Hunter Hirth**. These requests were either ignored, delayed, or rerouted in ways that failed to acknowledge or address the severity of Plaintiff's concerns. Plaintiff also attempted to escalate his concerns directly to the **President of the**

7

**College**, who initially acknowledged receipt but referred the matter back to the Provost. (Exhibit G)

Despite Plaintiff's follow-up attempts, he has **never received a personal or substantive response** from the President. This absence of accountability at the highest level illustrates the institution's consistent failure to take ownership of systemic problems. See Exhibit G. his concerns, only to later admit in writing that documentation was still under review — a contradiction that confirmed Plaintiff's long-standing concerns about procedural neglect.

## V. CLAIMS

## COUNT I – Negligence & Breach of Institutional Duty

- Defendant had a duty to protect students, follow Board policies, and respond appropriately to safety and conduct concerns.

- Board Policy **4095** guarantees students the right to a safe learning environment and due process in academic disputes.

- Policy **8050** requires WCC to respond promptly and fairly to harassment or discrimination, and **Policy 5090** states that all students are entitled to due process and institutional protection in cases involving safety and conduct issues. See Exhibit E.

- Defendant **breached this duty** by failing to follow through on incident reports, ignoring Plaintiff's safety concerns, and rescheduling courses without due process or support.

As a result, Plaintiff suffered tangible and ongoing harm.

**COUNT II – Violation of Due Process Rights (U.S. & Michigan Constitutions)**

- WCC failed to inform Plaintiff of his rights under student conduct procedures or internal grievance channels.

- At no time was Plaintiff offered a fair opportunity to be heard, nor advised of formal remedies for the safety, harassment, and academic integrity concerns he raised.

- On **May 9, 2025**, WCC formally denied Plaintiff's claims, stating the matter was "closed." However, on **May 16, 2025**, the College admitted that relevant documentation — including faculty records — was **still under review**, showing the case had been closed without investigation. See Exhibit A.

This contradiction — between an official denial and continued internal review — further undermines the legitimacy of WCC's actions. Despite stating that no further communication would occur, WCC administrators continued to email Plaintiff, demonstrating that the matter was not in fact concluded and casting further doubt on the fairness of the process.

Even as of the filing of this Complaint, the College has **still not acknowledged or responded to the substance of Plaintiff's concerns**, despite extensive documentation and repeated follow-up emails between **March and May 2025**

9

involving WCC administrators and counsel. See Exhibit G. These unresolved concerns go to the substance of Plaintiff's claims, including:

- The Shannon Beeman incident and Officer Lucas Coffey's report

- Plaintiff's request for a campus escort

- The emotional and academic harm from the class rescheduling and safety issues

- The long-term effects on Plaintiff's educational record and career These failures amount to a clear violation of **procedural due process**, as protected by the **14th Amendment** to the U.S. Constitution and corresponding provisions of the **Michigan Constitution**, and reflect an institutional culture of **avoidance rather than resolution**.

The need for due process is even more pronounced given that Plaintiff had previously raised serious safety concerns, including a **stalking incident** in the **Fall 2017** semester, after being forced to re-enroll in a course due to the conflict with the instructor Beeman – which Dean Hurns ruled as ***"personality conflict"***. That stalking incident led to Plaintiff requesting campus security escorts once again — reinforcing the seriousness of the institutional failures and their continued impact. See Exhibit B. As protected by the **14th Amendment** to the U.S. Constitution and corresponding provisions of the **Michigan Constitution**, and reflect an institutional culture of **avoidance rather than resolution**.

Compounding this, WCC's communications reflected a **tone of finality and**

10

**institutional authority**, implicitly leveraging the **power imbalance between the College and a former student** as a method of discouragement. Plaintiff reasonably perceived the College's stance — including the refusal to engage and threat of institutional closure — as a form of **intimidation**, signaling that Plaintiff was up against the **full legal and institutional weight of the College**.

These actions violated Plaintiff's **14th Amendment right to due process**, constituted **retaliatory administrative behavior**, and further harmed Plaintiff emotionally and procedurally.

## VI. ADDITIONAL CLAIMS

### COUNT IV – Breach of Contract

- Plaintiff incorporates by reference the factual background and previously stated claims as though fully set forth herein.

- Defendant entered into binding agreements with Plaintiff through its enrollment terms, student handbook, syllabi, and published institutional policies.

- These documents collectively established an implied contract, promising, among other things, a fair educational process, adherence to stated academic procedures, and protection of student rights.

- Defendant materially breached these agreements by:

  o Failing to follow stated safety and grievance procedures

  o Unilaterally altering course access and schedules

11

○ Ignoring academic and safety-related complaints

Plaintiff was damaged by these breaches, suffering educational, financial, and reputational harm.

## COUNT V – Negligence

- Plaintiff incorporates by reference the factual background and prior claims set forth above.

- As an educational institution, Defendant owed Plaintiff a **duty of care** to provide a safe and professionally managed academic environment.

- Defendant breached this duty by:

  ○ Failing to protect Plaintiff from harassment

  ○ Refusing to respond to incident reports or conduct concerns

  ○ Mishandling grades, safety requests, and class accommodations

  Defendant's failure to act reasonably and promptly resulted in foreseeable harm to Plaintiff, including financial loss, emotional distress, and academic disruption.

## COUNT VI – Breach of the Implied Covenant of Good Faith and Fair Dealing

- Plaintiff incorporates by reference the factual background and previously stated claims as though fully set forth herein.

- Every contract under Michigan law includes an implied covenant of **good faith and fair dealing**.

12

- Defendant violated this covenant by acting in bad faith when it:

  - Delayed responses to Plaintiff's concerns

  - Closed the case prematurely while still "reviewing" evidence

  - Ignored Plaintiff's procedural and safety rights

These actions were designed to frustrate Plaintiff's access to relief, deny him fair process, and avoid institutional accountability. As a result, Plaintiff suffered damages due to Defendant's breach of this fundamental legal obligation.

## VII. DAMAGES

Plaintiff's damages include:

- Retaking coursework disrupted by mishandling

- GPA damage impacting transfer and aid

- Emotional distress from institutional neglect

- Disruption to Plaintiff's business and schedule

- Time, effort, and cost of repeatedly seeking redress

- Harm to Plaintiff's academic and professional reputation

Plaintiff demands **$15,000** in damages, representing a reasonable and confidential resolution for the cumulative harm caused by Defendant's misconduct and administrative failures.

13

## VIII. STATUTE OF LIMITATIONS, EQUITABLE TOLLING, ESTOPPEL, AND RELATED DOCTRINES

Although some claims originated before 2022, Plaintiff asserts that the statute of limitations does not bar this action because:

- WCC's own communications as recent as March 2025 confirm the **ongoing nature** of the harm;

- WCC failed to inform Plaintiff of available grievance procedures and rights, triggering **fraudulent concealment** under **MCL § 600.5855**;

- The **continuing violation doctrine** applies due to a decade-long pattern of administrative failure, including repeated misconduct, procedural opacity, and retaliatory dismissals;

- Under the **discovery rule**, Plaintiff did not become aware of the full scope of institutional failures and omissions — including the unfiled or incomplete refund documentation (See Exhibit C) and emails dismissing concerns without resolution (See Exhibit G) — until recently;

14

- **Equitable estoppel** bars Defendant from raising a limitations defense, as WCC's own misconduct, silence, and misrepresentation induced Plaintiff's delayed legal filing;

- **Extraordinary circumstances**, including the power imbalance, Plaintiff's pro se status, and WCC's active discouragement of resolution efforts, support the application of **equitable tolling**.

- Plaintiff also relied on **professional legal consultation** before proceeding. For a significant period, Plaintiff delayed filing while attempting to retain or secure guidance from attorneys who reviewed the underlying facts and supporting documents. That delay was **reasonable under the circumstances**, given the legal complexity, the power imbalance with the Defendant institution, and the emotional toll of reliving the events. Plaintiff acted diligently throughout, and any delay in filing is attributable to a **good-faith reliance on the legal process** — further supporting equitable tolling. (Exhibit H)

Although some claims originated before 2022, Plaintiff asserts that:

- WCC's recent communications (as late as March 2025) revived and confirmed the ongoing nature of the harm;

- WCC failed to inform Plaintiff of procedures and rights, triggering **fraudulent concealment under MCL § 600.5855**;

- The **continuing violation doctrine** applies due to repeated administrative failures, non-responsiveness, and pattern-based harm spanning over a decade.

## IX. JURY DEMAND

Plaintiff hereby demands a **trial by jury** on all issues so triable.

## X. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award damages in the amount of **$15,000**,

b. Declare that WCC failed to uphold its own policies and obligations under law,

c. Award costs and such other relief as the Court deems just and proper.

Respectfully submitted,

**Dated:** _6-17-2025_

16

**Robert Hurse**

Plaintiff, In Pro Per

4805 Sycamore Rd, Newport, MI 48166

(734) 741-3100

robert@hurse.net

---

**This case is not simply about unresolved complaints — it is about a public institution's ongoing failure to uphold the rights and safety of one of its students, even when warned, even when documented, and even when harm occurred.**

**VERIFICATION**

I, **Robert Edward Hurse**, being duly sworn, depose and state as follows:

- I am the **Plaintiff** in the attached Complaint against **Washtenaw Community College**.

- I have read the Complaint and the accompanying exhibits and documents filed with it.

- To the best of my knowledge, information, and belief, formed after a reasonable inquiry, the factual allegations contained in the Complaint are true, accurate, and complete.

I understand that this verification is made subject to the penalties of perjury and that false statements may be punishable under applicable law.

Executed on this __17__ day of __June__ , 2025, in Newport, Michigan.

# Exhibit Index – Robert Hurse v. Washtenaw Community College

**Exhibit A: Denial & Acknowledgement Letters – May 9 & May 16, 2025**

**Exhibit B: Campus Safety Reports: Officer Cole & Officer Coffey – Shannon Beeman Incident**

**Exhibit C: Refund Exception Case Record – June 22, 2017 (Dean Larry Aeilts, unresolved)**

**Exhibit D: Documentation of Campus Escort Requests & Safety Concerns**

**Exhibit E: WCC Policies 4095, 8050, 5090 – Student Rights, Conduct, Non-Discrimination**

**Exhibit F: 2015–2019 Emails & Complaints (Faculty Issues, Unaddressed Concerns)**

**Exhibit G: Administrative Emails – March to May 2025 (Blakey, Barkoff, Hirth re: unresolved claims)**

**Exhibit H: Legal guidance**

# EXHIBIT A

---

**Robert Hurse**

---

| | |
|---|---|
| **From:** | Barkoff,Larry <lbarkoff@wccnet.edu> |
| **Sent:** | Friday, May 23, 2025 10:53 AM |
| **To:** | Robert Hurse |
| **Subject:** | RE: [EXTERNAL] RE: [EXTERNAL] RE: Response to your "Confidential Settlement Communication" |
| **Attachments:** | Hurse, Robert - May 1, 2025  Request for wcc instructor -  follow up - BOT MEETING.pdf |

Mr. Hurse,

The information/records you request in the attached communication will most appropriately come through a request for public records under Michigan's Freedom of Information Act.

Can you please reply to this email indicating if you want my office to provide the responsive records through a FOIA request?

Thanks,
Larry Barkoff
General Counsel
Washtenaw Community College

**From:** Robert Hurse <robert@hurse.net>
**Sent:** Monday, May 19, 2025 1:34 PM
**To:** Barkoff,Larry <lbarkoff@wccnet.edu>
**Subject:** [EXTERNAL] RE: [EXTERNAL] RE: Response to your "Confidential Settlement Communication"

** WARNING: This email originated from outside of the WCC organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

**Larry Barkoff,**

Attached is my reply to your recent email, as well as WCCS's denial of my proposed settlement.  Let me know if you have any questions or need further information.

**Robert Hurse
(734) 741-3100
The Standard Detroit**

**From:** Barkoff,Larry <lbarkoff@wccnet.edu>
**Sent:** Friday, May 16, 2025 11:34 AM
**To:** Robert Hurse <robert@hurse.net>
**Subject:** RE: [EXTERNAL] RE: Response to your "Confidential Settlement Communication"

Robert,

1

I haven't heard from you since I sent you a reply to your settlement demand to the WCC Board of Trustees.   Please let me know if you did not receive the letter.

Please find documents attached to this email in response to your inquiries from the email below.  I included a pdf copy of the four separate letter requests you submitted just to make sure we both have the same understanding of what I'm sending and what the documents are responsive to.

Here are links to information on WCC's website that contain much of the information you seek:

Current "Student Handbook":
https://coursecatalog.wccnet.edu/?_gl=1*s0qf8i*_gcl_aw*R0NMLjE3NDA3Nzk2NzguQ2owS0NRaUEyb1ctQmhDMkFSSX NBRFNJQVdvUEhpT3BDU1A5VlhyMGlhbHJmeFhZVUo3UWJLTUxYalpoMXNmV0dBY2ttajg2VW03S1BRc2FBaGGxYRUFMd1 93Y0I.*_gcl_au*NjQ4NTMyNzE4LjE3NDY0NzQwNTQ.

2017/18 "Student Handbook" is attached as a pdf

"Employee Handbook":
https://www.wccnet.edu/webfiles/human-resources/web/labor-and-employee-relations/collective-bargaining/2022-2025-wccea-faculty-agreement.pdf

"Faculty and Staff" – "Code of Conduct" and/or "Disciplinary Procedures":
These can be found in WCCEA Agreement linked above and these Board of Trustees Policies:
https://www.wccnet.edu/about/policies/5040.php
https://www.wccnet.edu/about/policies/5081.php
https://www.wccnet.edu/about/policies/5090.php
https://www.wccnet.edu/about/policies/5091.php
https://www.wccnet.edu/about/policies/8080.php
https://www.wccnet.edu/about/policies/4070.php

Please find attached a pdf copy of the incident report involving "Shannon Beeman"

There are no records/documents related to the other requests you included (disturbances, campus escorts, stalking, etc.).

Please find attached a pdf copy of the student records for yourself that you requested. The "attendance" documentation is not included but the only documentation WCC has in this regard is an indication by each instructor whether a student has attended during the first two class periods and this information is kept electronically per class.  If you want to see this information (and have each screen printed) you can make an appointment to do that.

I am still reviewing the request you made regarding misconduct information related to M. Norwood, S. Beeman and D. Rochester. I will have more information about these records next week for you.

Larry Barkoff
General Counsel
Washtenaw Community College


**From:** Robert Hurse <robert@hurse.net>
**Sent:** Thursday, May 1, 2025 6:42 PM
**To:** Barkoff,Larry <lbarkoff@wccnet.edu>
**Subject:** [EXTERNAL] RE: Response to your "Confidential Settlement Communication"

** WARNING: This email originated from outside of the WCC organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

**Larry Barkoff,**

Thank you so much for your message and for confirming that you are reviewing the matters outlined in my communication. I look forward to your detailed response by the end of next week, as noted.

In the interest of full transparency and preserving the record, I want to inform you that earlier today I submitted several formal records requests to **Washtenaw Community College**, addressed to **President Bellanca, the Records Office, and Campus Security**. These requests pertain to personnel records, institutional policies, student records, and incident reports relevant to the concerns raised in my communication.

For your convenience and to ensure everything gets the right place, I have attached copies of those requests to this email.

Thank you again for your time and attention to this matter.

I truly appreciate it.


**Robert Hurse**
**(734) 741-3100**
**The Standard Detroit**


**From:** Barkoff,Larry <lbarkoff@wccnet.edu>
**Sent:** Thursday, May 1, 2025 2:26 PM
**To:** Robert Hurse <robert@hurse.net>
**Subject:** Response to your "Confidential Settlement Communication"

Mr. Hurse,

I am Washtenaw Community College's General Counsel.  The Board of Trustees Chair has asked me to respond to your legal claims.  I'm in the process of reviewing the claims contained in your communication and developing a response.  I will be able to email you this response by the end of next week.

If you have any questions or concerns regarding the matters you wrote about in your communication, please address those to me.

Thanks,
Larry Barkoff
General Counsel
Washtenaw Community College

3

**EXHIBIT A**



**Larry Barkoff**
*General Counsel*

May 9, 2025

Mr. Robert Hurse
4805 Sycamore Road
Newport, MI 48106

**Re: Response to Claim for Damages – Denial of Liability and Settlement Demand**

Dear Mr. Hurse,

This letter is in response to your recent communication titled "CONFIDENTIAL SETTLEMENT COMMUNICATION", addressed to the Board of Trustees of Washtenaw Community College. In this communication, you seek $15,000 in compensatory, consequential, and emotional distress damages based on allegations of breach of contract, negligence, and violation of the implied covenant of good faith and fair dealing related to events during your time as a student in approximately 2015 and 2019.

After thorough review, Washtenaw Community College denies all claims in their entirety and respectfully declines your settlement demand. The basis for this denial is outlined below.

## 1. Lack of Merit and Prior Administrative Review

Your allegations do not present any actionable legal claim or evidence of institutional misconduct. Moreover, your concerns have already been thoroughly reviewed at the highest academic level within the College. Provost and Chief Operations Officer Linda S. Blakey issued a detailed response to you on March 28, 2025, which addressed the matters raised in your settlement demand:

- **Sociology 101 (2015, Instructor: Mimi Norwood):** Your request for a grade change was not submitted within the required six-month appeal window, and you confirmed that no formal appeal was filed.
- **Business on the Internet (2019, Instructor: Donna Rochester):** Your concern regarding the final grade of 'D' rather than a 'B' similarly fell outside the appeal period, and again, you confirmed no grade appeal was made.
- **Entrepreneurship III (Instructor: Shannon Beaman):** Your concerns regarding this course were resolved by the Dean of Business, who granted you a refund exception.

These issues were evaluated, and you received a formal, written response directly from the Provost. No new or compelling evidence has since been presented that would alter that administrative conclusion.

## 2. Failure to Pursue Timely Remedies

As noted above, you did not avail yourself of the College's formal grade appeal or grievance procedures at the time the events occurred. These procedures are in place specifically to address and resolve concerns in a timely and effective manner. Your failure to pursue these remedies precludes any claim that the institution acted improperly or denied you due process.

## 3. Statute of Limitations – Time-Barred Claims

Your claims relate to academic activity from 2015 and 2019. Under Michigan law:

- Breach of contract claims are subject to a six (6) year statute of limitations.
- Negligence claims must be brought within three (3) years.
- Claims based on implied covenants or similar equitable theories are also generally subject to a six-year limit.

Since you submitted your settlement demand in 2025—more than six years after the earliest of the alleged events and more than five years after your graduation—your claims are unequivocally time-barred.

## Conclusion

Washtenaw Community College denies any and all liability with respect to the claims presented. Your concerns have already been addressed through appropriate administrative channels, and the legal limitations for raising such matters have long expired. Accordingly, the College considers this matter closed and will not engage in further negotiation.

Should you choose to initiate legal action, the College will respond appropriately and assert all available defenses, including those related to lack of merit, failure to exhaust remedies, and the expiration of applicable statutes of limitations.

Sincerely,

Larry Barkoff
General Counsel
Washtenaw Community College

**Washtenaw COMMUNITY COLLEGE**
**Campus Safety and Security**
**Initial Case Report**

| | |
|---|---|
| Time/Date of Report | 06/13/2017 |
| Type of Incident | Disturbance |
| Location of Occurrence | BE 282 Hallway |
| WCSD Number | |
| Complaint Number | 17-00222 |
| Page | 1 of 2 |
| Time | 1734 |
| Date | 06/13/2017 |

| Victim Name | Robert Hurse | | | | |
|---|---|---|---|---|---|
| Student | ☒ | Employee ☐ | Faculty ☐ | Visitor ☐ | Home Phone 734-741-1991 Work Phone |

| Victim's Address | 4805 Sycamore Road | City | Newport | State | MI | Zip | 48166 |
|---|---|---|---|---|---|---|---|

| Sex | Race | DOB | Age | WCC @ ID # | Work Number | Building/Room Number |
|---|---|---|---|---|---|---|
| M | B | 11/05/1991 | 25 | 00592195 | | |

| Reported By | Victim | Address | Phone |
|---|---|---|---|

| Scene Processing ☐ Yes ☒ No | Sent Tech | Instruments, Force, or Weapon |
|---|---|---|
| ☐ Photo ☐ Fingerprints ☐ Other | | |

| Suspect Name | Shannon Beeman | | | | |
|---|---|---|---|---|---|
| Student | | Employee | Faculty ☒ | Visitor | Home Phone 734-323-0539 |

| Suspect's Address | 103 East Duncan | City | Manchester | State | MI | Zip | 48158 |
|---|---|---|---|---|---|---|---|

| Sex | Race | DOB | Age | WCC @ ID # | WCC Work Number | Building/Room Number |
|---|---|---|---|---|---|---|
| F | C | 05/08/1981 | 36 | 00193776 | | |

| Height. | Weight | Build | Hair | Eyes | Clothing Description |
|---|---|---|---|---|---|

| Arrested? | Charges |
|---|---|

| Witness #1 | Address | Phone |
|---|---|---|
| Witness #2 | Address | Phone |
| Witness #3 | Address | Phone |

| Vehicle Involved No | Color | Make | Year | Model | License | State | Plate Year |
|---|---|---|---|---|---|---|---|
| VIN | | | | Towed? | | | |

**Narrative:**

Source: Notified by Dispatch to take a report at SC 264.

Information: I met with Robert Hurse at SC 264. He stated he wanted to make a report of an incident that occurred between him and his instructor, Shannon Beeman. He claimed that Beeman had sent him an email explaining that she wanted to speak with him prior to class today. Before class began, they went outside to have a discussion regarding assignments. Robert informed me that he remained calm during the entire discussion, but that Beeman continuously raised her voice. Robert claimed that Beeman told him that he would never succeed in Entrepreneurship. He also claimed that Beeman told him that he has a problem listening to direction and doesn't appreciate her expertise. He then said that Beeman told him he should consider dropping out of the class.

Disposition: Report Filed.

| About the incident | Model Serial No. | Value |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Officer Name | Michael Cole #670 | Officer ID Number | Officer Signature |
|---|---|---|---|

| Supervisor's Signature | Pobursky #506 | | Open X | Inactive |
|---|---|---|---|---|

| ☒ Assoc VP Student Services | ☐ HRM | ☐ Financial Services | ☒ Other | Larry Aeilts, & Kimberly Hurns |
|---|---|---|---|---|

| Washtenaw Community College Campus Safety and Security Department **Initial Case Report** | WCSD Number | Complaint Number 17-00222 |
| --- | --- | --- |

Narrative Continued:  Page 2 of 2

Evidence: See supplement written by Officer Coffey. ( 17-00222S1)

**WASHTENAW COMMUNITY COLLEGE**
**Campus Safety & Security**
**Incident Supplement**

**Incident # 17-00222S1**

**Classification: Disturbance**

**Source: Dispatched to do a walk by of 2nd floor of BEB per request of Custodian John Wegienka.**

**Information: I received a call regarding a disturbance between an instructor, Shannon Beeman and Student, Robert Hurse just outside of BE 282. Upon entering the second floor of BE I saw the two speaking to one another with a calm disposition so I simply walked past and hung back to assert campus safety presence. They began raising their voices and I decided to step in and join the conversation. During my approach I overheard Shannon explain that she had sent Robert emails regarding the assignments. When I asked if everything was okay, Robert then said he would go into the class, get his things and leave. Shannon thanked me, asked for my information, and went back into the classroom. Robert asked for my information and walked out of BE.**

**Disposition: Report filed by Officer Cole.**

**Evidence: While attempting to gather information to file a report, the victim contacted Officer Cole and filed a report.**

**Officer Coffey    #737**
**06-13-2017**



Course Concern
Submitted on June 2, 2017 at 9:57:50 am EDT

| | |
|---|---|
| Type: | **Faculty concern** |
| Urgency: | **No urgency** |

| | |
|---|---|
| Incident Date: | **2017-06-01** |
| Incident Time: | |
| Incident Location: | **Dean Business and Computer Technology** |

Reported by

Name:
Title:
Email:          **rhurse@wccnet.edu**
Phone:
Address:

Your Information

**Robert Hurse (rhurse)**          1991-11-05          7347413100
205 Maple Ave, Monroe, MI, 48162

Questions

Provide complete details and objective remarks regarding your situation.
**I turned in my business plan to my instructor basically early and with all the parts that are needed. She is telling my I am failing because i didn't submit the proper way. She wanted them to be emailed i guess every week/section by section. I feel like i am being treated unfairly. She knows I've did the work and have things done. I asked yesterday for my grade and she said i didn't submit the assignment the proper way. I've only missed two days of class and my pc was down for a second and she never said anything to me about this. We only have five students in the class. I understand the live plan software is required so I got that and i fee like that were things went wrong. I asked if i needed because i already have a working business plan. Also why I also felt like she didn't care for me or picking with me she told me no cell phones and all the other students are on there cell phones and i was just asking a question.**

Provide complete details regarding the resolution you are seeking.
**I just want to know why I am being heckled. I thought that I already turned in my drafts and I just need to turn in a final project with liveplan? I just want to pass this class and get my certificate.**

Do you have any other questions or concerns regarding this situation not addressed above?
**I feel like this class is repeat of previous courses. I don't feel like there is anything really being added that we haven't already discussed in the second class. The goal of having final business plan and presentation is what our final consisted of for the second class. I really felt like this class was going to be more of us fact checking and strengthening our existing business plans. she keeps saying this was done for a previous class but no i started this on my own and this a real business i am perusing.**

What is the course and subject number? (Example: ENG 111) Enter only one course per report.
**BMG209**

What is the name of the instructor?
**SHANNON BEEMAN**

Have you discussed the situation with your instructor?
**Yes**

If you have discussed the situation with the instructor - when and how did you discuss? (Examples: last week by email, after Tuesday's class).

**If you have not discussed the situation with the instructor - why not?**
**we've talked in class before when i first gave her my business plan. took her two weeks to get it back to me which is fine.**
**we talked after class Thursday the 8th and it was a short talk. I heard say she wanted these things tonight or physical copy today. We don't have blackboard so i decided to ask about my grade and she told me I would know tonight and I said for this marketing section that was covered in my business plan that you looked at so am i good? she told me no sorry thats not the way things are done here. she said she sent me emails requesting things and i said my computer down the last week and she said so the syllabus says you are suppose to keep email contact with instructor and stuff like that and i just said okay and walked out.**

**uploaded the emails between us**

During what semester were you enrolled in this class?
**Current semester**

Are you submitting documentation with this report?
**No**

I understand that WCC will use my WCC email address as the primary method of communication with me. I understand that failing to monitor my WCC email for updates to my situation may result in my concern being closed.
**Yes, I understand.**

Attachments

shannon.docx

*Pending IR #00000966*
*Submitted from 97.87.234.179 and routed to Kimberly Hurns (Vice President of Instruction (VPI))*
*Copies to: laeilts@wccnet.edu,joyberry@wccnet.edu*

EXHIBIT C

# Robert Edward Hurse  (@00592195)

## DEMOGRAPHIC INFORMATION

DOB
1991-11-05

Gender
Male

Ethnicity
Black or African American

Classification
Second year - 31 - 999 cr hrs

Major
AABAS

Academic Advisor

GPA Last Term      Cume
3.200               2.615

Athletics
N/A

Greek
N/A

Honors
N/A

ROTC/Veteran
N/A

## CONTACT INFORMATION

Housing Address
Off Campus

Local Address
PO Box 2342
Monroe MI 48161-7342
(local)
(cell)

Permanent Address
1205 Maple Ave
Monroe MI 48162-3004

Email Address
rhurse@wccnet.edu

Emergency Contact
Fox, Thomas 734-486-6369

## INCIDENT AND CASE INFORMATION

Role
Other

Incident Date
2017-06-22

Reported Date
2017-06-22

Incident Time

Referral Source
Academic Dean's Office

Incident Location

Reported By
Kim Hurns

Charges/Issues
1.
2.
3.
4.
5.
6.

Clery Reportability

Tags

Case Status
Open

Access Restriction
Refund Exception

Case Created Date
2017-06-22

Case Created By
Larry Aeilts

Assigned To
Larry Aeilts (Ombudsman/Dean of Students)

Next Deadline Date
2017-07-06

Reason
Unspecified at case creation

The information contained on these pages is privileged and confidential information intended solely for the individual or entity who has accessed it for official purposes and by lawful means.  Any dissemination, distribution, or copy of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 734-973-3480, and return the original message to us via the U.S. Postal Service to the Ombudsman/Dean of Students, Washtenaw Community College, 4800 E Huron River Dr, Ann Arbor, MI 48105, without retaining a copy.

## EXHIBIT D

**Robert Hurse**

| | |
|---|---|
| **From:** | Barkoff,Larry <lbarkoff@wccnet.edu> |
| **Sent:** | Friday, May 16, 2025 11:34 AM |
| **To:** | Robert Hurse |
| **Subject:** | RE: [EXTERNAL] RE: Response to your "Confidential Settlement Communication" |
| **Attachments:** | 2017-2018 WCC Catalog.pdf; Hurse - Inquries and Information Requests - (4 documents).pdf; Hurse - Incident Report Re Shannon Beeman 6-13-2017.pdf; Hurse, Robert - Student Records.pdf |

Robert,

I haven't heard from you since I sent you a reply to your settlement demand to the WCC Board of Trustees.   Please let me know if you did not receive the letter.

Please find documents attached to this email in response to your inquiries from the email below.  I included a pdf copy of the four separate letter requests you submitted just to make sure we both have the same understanding of what I'm sending and what the documents are responsive to.

Here are links to information on WCC's website that contain much of the information you seek:

Current "Student Handbook":
https://coursecatalog.wccnet.edu/?_gl=1*s0qf8i*_gcl_aw*R0NMLjE3NDA3Nzk2NzguQ2owS0NRaUEyb1ctQmhDMkFSSX NBRFNJQVdvUEhpT3BDU1A5VlhyMGlhbHJmeFhZVUo3UWJLTUxYalpoMXNmV0dBY2ttajg2VW03S1BRc2FBaGGxYRUFMd1 93Y0I.*_gcl_au*NjQ4NTMyNzE4LjE3NDY0NzQwNTQ.

2017/18 "Student Handbook" is attached as a pdf

"Employee Handbook":
https://www.wccnet.edu/webfiles/human-resources/web/labor-and-employee-relations/collective-bargaining/2022-2025-wccea-faculty-agreement.pdf

"Faculty and Staff" – "Code of Conduct" and/or "Disciplinary Procedures":
These can be found in WCCEA Agreement linked above and these Board of Trustees Policies:
https://www.wccnet.edu/about/policies/5040.php
https://www.wccnet.edu/about/policies/5081.php
https://www.wccnet.edu/about/policies/5090.php
https://www.wccnet.edu/about/policies/5091.php
https://www.wccnet.edu/about/policies/8080.php
https://www.wccnet.edu/about/policies/4070.php

Please find attached a pdf copy of the incident report involving "Shannon Beeman"

There are no records/documents related to the other requests you included (disturbances, campus escorts, stalking, etc.).

Please find attached a pdf copy of the student records for yourself that you requested. The "attendance" documentation is not included but the only documentation WCC has in this regard is an indication by each instructor whether a student has attended during the first two class periods and this information is kept electronically per class.  If you want to see this information (and have each screen printed) you can make an appointment to do that.

Skip to Main Content Skip to Subnavigation

## 8050 - Institutional Effectiveness Policy

Home | About | Policy Manual | 8050 - Institutional Effectiveness Policy

## Policy Statement

The mission of Washtenaw Community College is "...to make a positive difference in people's lives through accessible and excellent educational programs and services." This mission is made concrete through the provision of a caring, open-door teaching and learning environment; through excellent teaching, counseling and support services; through reaching out to those with limited incomes or other barriers; through partnership with communities we serve. WCC enables people to progress in their academic or career pursuits.

It shall be the policy of the Washtenaw Community College Board of Trustees to assess whether or not it is achieving its mission. The results of this assessment shall be conveyed to students, faculty, staff and the for purposes of continuous improvement and responsiveness to changing external and internal conditions.

The institutional effectiveness process shall include:

- the assessment of student academic achievement in and of credit and noncredit academic programs and services
- the assessment of non-academic programs and services
- the assessment of student and employer/community satisfaction
- the assessment of whether or not students perceive themselves as successful

The assessment of student academic achievement is driven by the faculty, with appropriate support form other staff members, program advisory committees and other groups. It is institution-wide in scope and concept. It is linked to the mission, goals and objectives of the College and its divisions, departments and disciplines for student learning, including that of general education, students' major areas of study and students' personal goals. The assessment of student academic achievement results in the improvement of student learning.

## General Guidelines

The process of assessing the institution's effectiveness is driven by the College's vision of student, community and staff success.

## Student Success

Students are successful at WCC if they learn the skills they desire; if they acquire the knowledge they need; and if they process the attitude conducive to the life they want to lead. The assessment of this success hinges on a partnership between student and faculty with appropriate support from other staff members.

Student success is measured by the assessment of student academic achievement; the assessment of student satisfaction; the assessment of the degree to which students themselves feel successful; the assessment of the satisfaction of employers of WCC students; and the assessment of the quality, currency and responsiveness of the curriculum through ongoing curricular review and other means.

Assessment of student academic achievement results in the improvement of student learning. WCC is successful if students' learning requirements guide the work of all staff.

## Community Success

Community success is measured by an assessment of how responsive WCC is to community needs. WCC engages in continuous improvement and redesign of programs, services, systems and staff skills with the goal of matching learning outcomes with the educational requirements of businesses and communities.

WCC is also successful in the community when it is well used for diverse purposes such as solving social and economic problems and providing opportunities for cultural and social activities.

## Staff Success

Staff success is measured through personnel evaluations, the assessment of responsiveness to student needs and surveys of staff learning, satisfaction and success.

Staff members are successful at WCC when students' learning requirements guide their work. The college has the goal of enabling all staff regardless of employee group or status, to work in a caring environment of empowerment, participation, diversity, fairness, respect, outcomes-orientation, accountability, innovation, and entrepreneurship, where learning is important and the contributions of all are valued.

## Outcomes

As an outcome of this policy, all instructional and support units of the College shall establish a mission, vision, and goals, and indicators of effectiveness and multiple measures of same. All units shall regularly engage in a process of outcomes measurement and continuous improvement and redesign. All units shall in addition contribute information from this process to an institutional accounting to the staff and community. Units are, therefore, responsible for improving themselves and accounting for their improvement to the Board of Trustees as representatives of the community.

Adopted: February 25, 1997
Administrative Review: May 2002
(8050)





Apply Now



Request More
Information



Visit

Skip to Main Content Skip to Subnavigation

# 8050 - Institutional Effectiveness Policy

Home   |   About   |   Policy Manual   |   8050 - Institutional Effectiveness Policy

## Policy Statement

The mission of Washtenaw Community College is "...to make a positive difference in people's lives through accessible and excellent educational programs and services." This mission is made concrete through the provision of a caring, open-door teaching and learning environment; through excellent teaching, counseling and support services; through reaching out to those with limited incomes or other barriers; through partnership with communities we serve. WCC enables people to progress in their academic or career pursuits.

It shall be the policy of the Washtenaw Community College Board of Trustees to assess whether or not it is achieving its mission. The results of this assessment shall be conveyed to students, faculty, staff and the for purposes of continuous improvement and responsiveness to changing external and internal conditions.

The institutional effectiveness process shall include:

- the assessment of student academic achievement in and of credit and noncredit academic programs and services
- the assessment of non-academic programs and services
- the assessment of student and employer/community satisfaction
- the assessment of whether or not students perceive themselves as successful

The assessment of student academic achievement is driven by the faculty, with appropriate support form other staff members, program advisory committees and other groups. It is institution-wide in scope and concept. It is linked to the mission, goals and objectives of the College and its divisions, departments and disciplines for student learning, including that of general education, students' major areas of study and students' personal goals. The assessment of student academic achievement results in the improvement of student learning.

## General Guidelines

The process of assessing the institution's effectiveness is driven by the College's vision of student, community and staff success.

## Student Success

Students are successful at WCC if they learn the skills they desire; if they acquire the knowledge they need; and if they process the attitude conducive to the life they want to lead. The assessment of this success hinges on a partnership between student and faculty with appropriate support from other staff members.

Student success is measured by the assessment of student academic achievement; the assessment of student satisfaction; the assessment of the degree to which students themselves feel successful; the assessment of the satisfaction of employers of WCC students; and the assessment of the quality, currency and responsiveness of the curriculum through ongoing curricular review and other means.

Assessment of student academic achievement results in the improvement of student learning. WCC is successful if students' learning requirements guide the work of all staff.

## Community Success

Community success is measured by an assessment of how responsive WCC is to community needs. WCC engages in continuous improvement and redesign of programs, services, systems and staff skills with the goal of matching learning outcomes with the educational requirements of businesses and communities.

WCC is also successful in the community when it is well used for diverse purposes such as solving social and economic problems and providing opportunities for cultural and social activities.

## Staff Success

Staff success is measured through personnel evaluations, the assessment of responsiveness to student needs and surveys of staff learning, satisfaction and success.

Staff members are successful at WCC when students' learning requirements guide their work. The college has the goal of enabling all staff regardless of employee group or status, to work in a caring environment of empowerment, participation, diversity, fairness, respect, outcomes-orientation, accountability, innovation, and entrepreneurship, where learning is important and the contributions of all are valued.

### Outcomes

As an outcome of this policy, all instructional and support units of the College shall establish a mission, vision, and goals, and indicators of effectiveness and multiple measures of same. All units shall regularly engage in a process of outcomes measurement and continuous improvement and redesign. All units shall in addition contribute information from this process to an institutional accounting to the staff and community. Units are, therefore, responsible for improving themselves and accounting for their improvement to the Board of Trustees as representatives of the community.

Adopted: February 25, 1997
Administrative Review: May 2002
(8050)





Apply Now

EXHIBIT E

Skip to Main Content Skip to Subnavigation

*Administrative Procedures for Board of Trustee Policy 4095*

Home  |  About  |  Policy Manual
 |  Administrative Procedures for Board of Trustee Policy 4095

## STUDENT RIGHTS, RESPONSBILITIES, & CONDUCT CODE (SRRCC)

CONTENTS:

1. Authority
2. Interpretation and Revision
3. Overview
4. Due Process and Standard of Evidence
5. Use of Communication Devices
6. Definition of Student
7. Jurisdiction
8. Reporting and Anonymous Complaints
9. Overview of Conduct Proceedings
10. Preliminary Inquiry and/or Educational Conference
11. Informal Resolution
12. Formal Hearing
13. Review and Finalize Sanction(s)
14. Hearing Panel
15. Group Violations
16. Amnesty
17. Notice of Alleged Violation
18. Special Hearing Provisions for Sexual Misconduct, Discrimination, or other Complaints of a Sensitive Nature

19. Procedures for Academic Dishonesty
20. Notice of Hearing
21. Lack of Response by Respondent
22. Interim Action
23. Formal Hearing Overview
24. Parental Notification
25. Failure to Complete Sanctions
26. Notifications of Sanctions to Individuals other than the Respondent
27. Appeal Procedures
28. Grounds for Appeal Requests
29. Request to Expunge Findings Reported to External Individuals and Organizations

**Authority**

The President is vested with the authority over student conduct by the Board of Trustees. The President may appoint an administrator[s] to oversee and manage the student conduct process. The President or his/her designee may appoint administrative hearing and appeals officers as deemed necessary to efficiently and effectively supervise the student conduct process. The President may delegate his/her authority over the Student Rights, Responsibilities, and Conduct Code (SRRCC) procedures as deemed necessary.

return to top

**Interpretation and Revision**

The President or his/her designee will develop procedural rules for the administration of hearings that are consistent with provisions of the Policy 4095 SRRCC. Material deviation from these rules will,

generally, only be made as necessary and will include reasonable advance notice to the parties involved, either by posting online and/or in the form of written communication. The President or his/her designee may vary procedures with notice upon determining that changes to law or regulation require policy or procedural alterations not reflected in this document. The President or his/her designee may make minor modifications to procedure that do not materially jeopardize the fairness owed to any party. Any question of interpretation will be referred to the President or his/her designee, whose interpretation is final.

return to top

**Overview**

The President or his/her designee will assume responsibility for the investigation of an allegation of misconduct to determine if the complaint has merit.

return to top

**Due Process and Standard of Evidence**

Students should be aware that the student conduct process is quite different from criminal and civil court proceedings. Procedures and rights in student conduct procedures are conducted with fairness to all, but do not include the same protections of due process afforded by the courts. Due process, as defined within these procedures, assures written notice and a hearing before an objective decision-maker. No student will be found in violation of College policy without information showing that it is more likely than not that a policy

violation occurred and any sanctions will be proportionate to the severity of the violation and to the cumulative conduct history of the student.

Students at the College are provided a copy of the SRRCC annually in the form of a link on the College website. The link is sent at least once per year to the student's WCC email account. Hard copies are available (upon request) from the Dean of Students Office. Students are responsible for having read and abiding by the provisions of the SRRCC.

return to top

### Use of Communication Devices

The use of personal mobile communication devices and other electronic devices has expanded rapidly.  The College does not wish to unreasonably constrain the use of these devices; however, it has a broader responsibility to: (1) ensure that they are used in an appropriate manner; (2) ensure the integrity of proprietary information; (3) preserve the privacy of employees and students, and (4) ensure that unauthorized surveillance does not breach the reasonable expectation of privacy in the learning environment.

Recording Conversations - It is expected that students will respect the privacy of other individuals in the educational setting (face-to-face, online, or by phone), and that the recording of individuals without their knowledge is not compatible with the mission of institutions of higher learning to foster an open

exchange of ideas.  While realizing that recordings may serve many legitimate academic purposes, the College does not condone recording of individuals who are unaware that such recordings are being made.  In order to promote an environment of trust and collegial academic sharing, the College expects that any recording will be done only with the prior consent of the parties involved.

return to top

**Definition of 'Student'**
The SRRCC and the student conduct process apply to the conduct of individual students, both credit and non-credit/continuing education, and all College-affiliated student organizations. For the purposes of student conduct, the College considers an individual to be a student when their admission is complete and thereafter as long as the student has a continuing educational interest in the College.

Individuals who violate provisions of the SRRCC after submitting, but prior to completion of their admission application, are provided with due process (written notice of violation and the opportunity to respond) however the full procedures stated in this document are not applied.

return to top

**Jurisdiction**
The College retains conduct jurisdiction over students who choose to take a leave of absence, withdraw or have graduated - for any misconduct that occurred

prior to the leave, withdrawal or graduation. If sanctioned, a hold may be placed on the student's ability to re-enroll (and/or obtain official transcripts and/or graduate). In the event of serious misconduct committed while still enrolled but reported after the accused student has graduated, the College may invoke these procedures and should the former student be found responsible, the College may revoke that student's degree.

The SRRCC applies to behaviors that take place on the campus, at College-sponsored events and may also apply off-campus when the President or his/her designee determines that the off-campus conduct affects a substantial College interest. A substantial College interest is defined to include:

- Any situation where it appears that the student's conduct may present a danger or threat to the health or safety of him/herself or others; and/or
- Any situation that significantly impinges upon the rights, property or achievements of self or others or significantly breaches the peace and/or causes social disorder; and/or
- Any situation that is detrimental to the educational mission and/or interests of the College;

The SRRCC may be applied to behavior conducted online, via email or other electronic medium. These postings can subject a student to allegations of conduct violations if evidence of policy violations is posted online. The College does not regularly search for this information but may take action if and when such information is brought to the attention of College officials. Examples of situations where the College may take action:

- A true threat, defined as "a threat a reasonable person would interpret as a serious expression of intent to inflict bodily harm upon specific individuals".
- Speech posted online about the College or its community members that causes a significant on-campus disruption
- Malicious speech posted online about other members of the College community.

The SRRCC applies to guests of community members. The hosts may be held accountable for the misconduct of their guests. Visitors to, and guests of, the College may seek resolution of violations of the SRRCC committed against them by any members of College community.

return to top

### Reporting and Anonymous Complaints

There is no time limit on reporting violations of the SRRCC; however, the longer someone waits to report an offense, the harder it becomes for College officials to obtain information and witness statements and to make determinations regarding alleged violations.

Though anonymous complaints are permitted, doing so may limit the College's ability to investigate and respond to a complaint. Those who are aware of misconduct are encouraged to report it as quickly as possible to Campus Safety.

A responding student facing an alleged violation of the SRRCC is not permitted to withdraw from class(es) until all allegations are resolved.

College email is the College's primary means of communication with students. Students are responsible for all communication delivered to their College email address.

Alleged violations of federal, state and local laws may be investigated and addressed under the SRRCC. When an offense occurs over which the College has jurisdiction, the College conduct process will usually go forward notwithstanding any criminal complaint that may arise from the same incident.

The College reserves the right to use the results of a criminal trial to impose sanctions for related campus charges.

return to top

**Overview of Conduct Proceedings**
This overview gives a general idea of how the College's campus conduct proceedings work, but it should be noted that not all situations are of the same severity or complexity. Thus, these procedures are flexible, and are not exactly the same in every situation, though consistency in similar situations is a priority. The campus conduct process and all applicable timelines commence with notice to an administrator of a potential violation of College rules.

NOTICE: Once notice is received from any source (victim, 3rd party, online, etc.), the College may proceed with a preliminary investigation and/or may schedule an initial meeting with the responding student to explain the conduct process and gather information.

return to top

**Preliminary Inquiry and/or Educational Conference**

The College conducts a preliminary inquiry into the nature of the incident, complaint or notice, the evidence available, and the parties involved. The preliminary inquiry may lead to:

- A determination that there is insufficient evidence to pursue the investigation, because the behavior alleged, even if proven, would not violate the SRRCC, (e.g.: for reasons such as mistaken identity or allegations of behavior that falls outside the code).
- A more comprehensive investigation, when it is clear more information must be gathered.
- A formal complaint of a violation and/or an administrative meeting with the responding student.

When an initial administrative meeting is held, the possible outcomes include:

- A decision not to pursue the allegation based on a lack of or insufficient evidence. The matter should be closed and records should so indicate.
- A decision on the allegation, also known as an "informal" resolution to an uncontested allegation.
- A decision to proceed with additional investigation and/or a "formal" resolution

The College may determine that a preliminary meeting with the respondent student is unnecessary due to the severity or the violation or the urgency of resolution. The College reserves the right to move to the Formal Hearing process when it deems necessary.

Individuals who have received a forewarning about their behavior will generally move to a Formal Hearing process immediately.

If a decision on the allegation is made and the finding is that the responding student is not responsible for violating the SRRCC, the process will end. The party bringing the complaint may request that the President or his/her designee reopen the investigation and/or grant a hearing. This decision shall be in the sole discretion of the President or his/her designee will only be granted for extraordinary cause.

return to top

**Informal Resolution**

An Informal Resolution may be arranged after the designated administrator investigates the facts and evidence, then meets with the responding student. The administrator may find that the responding student is in violation, and if the responding student accepts this finding, the College considers this an "uncontested allegation." The administrator conducting this initial meeting will then determine the sanction(s) for the misconduct, which the responding student may accept or reject. If accepted, the process ends. If the student does not accept the sanction, the process moves to a Sanctions Only Formal Hearing.

return to top

**Formal Hearing**

In the situation of a contested allegation, forewarning to the student, or situations whose severity require a formal hearing - additional investigation may then be commenced and/or a hearing may be held when there is reasonable cause to believe that a rule or rules have been violated. A formal notice of the complaint will be issued, and a hearing will be held before an administrator. If the finding is that the responding student is not responsible, the process ends. Applicable appeal options are described below.

In the situation of a Sanctions Only Formal Hearing, the administrator will hear the respondent's evidence and testimony before making a final determination on the sanction. The responding student may present character witnesses or other witnesses during the hearing. The Sanctions Only Formal Hearing is not intended to expand the framework of the original complaint nor is it a process to overturn the finding. The hearing administrator is not bound to issue the same sanction rendered during the Informal Resolution.

return to top

**Review and Finalize Sanction(s)**
If the student is found in violation (a finding of responsible) SRRCC, sanctions will be applied by the hearing administrator.

return to top

**Hearing Panel**

At the discretion of the President or his/her designee, a Hearing Panel may be convened rather than having a single administrator oversee a hearing. The Hearing Panel will be assembled according to the following guidelines:

- A panel will be chosen, comprised of one student, one faculty member, and one staff member or administrator. For panels involved with complaints involving discrimination, sexual misconduct, or other sensitive issues, the President or his/her designee will usually use three administrative/staff members for the panel.
- The President or his/her designee will have final authority to approve all those serving on the panel. The President or his/her designee is charged with responsibility for training the panel and ensuring a fair process for the party bringing the complaint and responding student.
- The panel's findings and proposed sanctions (if a finding of Responsible is determined) is not a binding outcome but an advisory recommendation for the final determination by the President or his her/designee.

[return to top](#)

**Group Violation**

A student group or organization and its officers and membership may be held collectively and individually responsible when violations of this code by the organization or its member(s):

- Take place at organization-sponsored or co-sponsored events, whether sponsorship is formal or tacit;
- Have received the consent or encouragement of the organization or of the organization's leaders or officers; or
- Were known or should have been known to the membership or its officers.

Hearings for student groups or organizations follow the same general student conduct procedures. In any such action, individual determinations as to responsibility will be made and sanctions may be assigned collectively and individually and will be proportionate to the involvement of each individual and the organization.

return to top

### Amnesty

- For Victims. The College may provide amnesty to victims who may be hesitant to report to College officials because they fear that they themselves may be accused of minor policy violations, such as underage drinking, at the time of the incident. At the discretion of the President or his/her designee, amnesty may be extended on a case-by-case basis. When amnesty is provided, educational options will be explored, but no conduct proceedings or conduct record will result.
- For Those Who Offer Assistance. To encourage students to offer help and assistance to others, the College may provide amnesty for minor violations when students offer help to others in need. At the discretion of the President or his/her designee, amnesty may also be extended on a case-by-case basis to the person receiving assistance. When amnesty is provided, educational options will be explored, but no conduct proceedings or conduct record will result.
- For Those Who Report Serious Violations. Students who are engaged in minor violations but who choose to bring related serious violations by others to the attention of the College may be offered amnesty (at the discretion of the President or his/her designee) for their minor violations. When amnesty is provided, educational options will be explored, but no conduct proceedings or record will result.

- Abuse of amnesty requests can result in a decision by the President or his/her designee not to extend amnesty to the same person repeatedly.

return to top

**Notice of Alleged Violation**

Any member of the College community, visitor or guest may allege a policy violation(s) by any student for misconduct under this Code by using the Report a Concern form on the Washtenaw Community College web home page. The following link connects to the Report a Concern online form.

Notice may also be given to the President or his/her designee or to the Campus Safety and Security office. Additionally, administrators may act on notice of a potential violation whether a formal allegation is made or not. All allegations can be submitted by a victim or a third party, and should be submitted as soon as possible after the offending event occurs. The College has the right to pursue an allegation or notice of misconduct on its own behalf and to serve as convener of the subsequent campus conduct process.

return to top

**Special Hearing Provisions for Sexual Misconduct, Discrimination, or other Complaints of a Sensitive Nature**
For all hearings under this sub-section, alternative testimony options may be provided, such as placing a privacy screen in the hearing room or allowing the alleged victim to testify from another room via audio or audio/video technology. While these options are

intended to help make the alleged victim more comfortable, they are not intended to work to the disadvantage of the responding student.

The past sexual history or sexual character of a party will not be admissible by the other parties in hearings unless such information is determined to be highly relevant by the hearing administrator. All such information sought to be admitted by a party or the College will be presumed irrelevant until a showing of relevance is made, in advance of the hearing. Demonstration of pattern, repeated, and/or predatory behavior by the responding student, in the form of previous findings in any legal or campus proceeding, (or in the form of previous good faith allegations), will always be relevant to the finding, not just the sanction.

The party bringing any complaint alleging sexual misconduct, other behavior falling with the coverage of Title IX, and/or a crime of violence will be notified in writing of the outcome of a hearing, any sanctions assigned and the rationale for the decision.

[return to top](#)

**Procedures for Academic Dishonesty**
These procedures cover conduct described under the category of "Academic Dishonesty". Any individual who suspects that academic dishonesty has occurred should report the incident to the instructor in charge of the class.

Step One:

If the instructor suspects a student of academic dishonesty, he/she will meet with the student as soon as possible. If the meeting does not alleviate the instructor's suspicions, the instructor will notify the student that the matter is being referred to the Divisional Dean. In situations where more than one student is involved, more than one class involved, or more than one site is involved; the Divisional Dean shall consult with the Vice President for Student and Academic Services prior to investigating the report of academic dishonesty.

Step Two:

The instructor shall notify the Divisional Dean in writing of the charge and shall review the charge and documentation with the Divisional Dean. The Divisional Dean will investigate the charges, reviewing documents and interviewing witnesses (including the student suspect), as he/she deems appropriate and reach a decision regarding the student's culpability. Within ten (10) business days of the notification of the charge, the Divisional Dean will place his/her decision in writing to the student, the faculty member, and the Vice President for Student and Academic Services. The Divisional Dean will advise the student and the instructor of the right to appeal.

Step Three:

Either party may appeal to the Vice President for Student and Academic Services under the Appeal guidelines in the Code of Conduct. The Vice President for Student and Academic Services shall inform the Vice President for Instruction of the appeal.

Step Four:

The decision on the appeal by the Vice President for Student and Academic Services shall be final.

return to top

**Notice of Hearing**

Once a determination is made that reasonable cause exists for the President or his/her designee to refer a complaint for a meeting or hearing, notice will be given to the responding student. Notice will be in writing and may be delivered by one or more of the following methods: emailed to the student's College-issued email account; delivered in-person by a designee of the President or his/her designee; or mailed to the local or permanent address of the student as indicated in official College records. Once mailed or emailed such notice will be presumptively delivered. The letter of notice will:

1. Include the alleged violation and notification of where to locate the SRRCC and the associated administrative procedures; and
2. Direct the responding student to contact the President or his/her designee within a specified period of time to respond to the complaint. This time period will generally be no less than three days but no more than one calendar week from the date of sending the notice.

A meeting with the President or his/her designee may be arranged to explain the nature of the complaint and the conduct process. At this meeting, the responding student may indicate, either verbally or in writing, to the

President or his/her designee, whether they admit to or deny the allegations of the complaint. This initial meeting may also result in an Informal Resolution.

return to top

**Lack of Response by Respondent**

The respondent has the right not to respond to notices sent by the College about pending conduct issues. The College will continue the conduct process to conclusion regardless of the respondent's participation. The College retains the right to defer the process when in its judgment, the respondent is unable to respond (for example: in extreme situations when the respondent may be temporarily incapacitated).

return to top

**Interim Action**

The President or his/her designee may impose restrictions and/or separate a student from the community pending the scheduling of a formal campus hearing or during the investigative stage on alleged violation(s) of this Code when a student represents a threat of serious harm to self, others, is facing allegations of serious criminal activity, to preserve the integrity of an investigation, to preserve College property and/or to prevent disruption of, or interference with, the normal operations of the College. Interim actions can include separation from the institution or restrictions on participation in the community pending the scheduling of a campus meeting or hearing on alleged violation(s) of this Code.

During an interim suspension, a student may be denied access to the College campus, facilities, or events. As determined appropriate by the President or his//her designee, this restriction may include classes and/or all other College activities or privileges for which the student might otherwise be eligible. At the discretion of the President or his/her designee and with the approval of, and in collaboration with, the appropriate academic Dean(s), alternative coursework options may be pursued to ensure as minimal an impact as possible on the responding student.

If suspended, the student may request an immediate hearing from the President or his/her designee to show cause why the interim suspension should be lifted. This hearing will be held to determine if the interim suspension should be continued. The interim suspension may be continued if a danger to the community is posed and/or the College may be delayed or prevented from conducting its own investigation and resolving the allegation by the pendency of the criminal process. In such cases, the College will only delay its hearing until such time as it can conduct an internal investigation or obtain sufficient information independently or from law enforcement upon which to proceed.

[return to top](#)

**Formal Hearing Overview**

1. Notice of the time, date and location of the hearing will be in writing and may be delivered by one or more of the following methods: emailed to the student's College-issued email account; delivered in-person by a designee of the President or his/her designee; or mailed to the

local or permanent address of the student as indicated in official College records. Once mailed or emailed such notice will be presumptively delivered.

2. If there is an alleged victim of the conduct in question, the alleged victim may serve as the party bringing the complaint or may elect to have the College administration serve as the party bringing the complaint forward. Where there is no alleged victim, the College administration will serve as the party bringing the complaint forward.

3. If a responding student fails to respond to notice from the President or his/her designee, the President or his/her designee may initiate a complaint against the student for failure to comply with the directives of a College official and give notice of this offense or take other Interim Actions as deemed necessary.

4. At least two (2) days before any scheduled formal hearing, the following will occur:
   - The responding student will deliver to the President or his/her designee a written response to the complaint;
   - The responding student will deliver to the President or his/her designee a written list of all witnesses that the responding student will call at the hearing;
   - The responding student will deliver to the President or his/her designee a list of all physical evidence the student intends to use at the hearing;
   - The College will furnish (upon the responding student's request) a written list of all witnesses for the complainant at the hearing;
   - The College will furnish (upon the responding student's request) a written list of the evidence that will be presented at the hearing;
   - The responding student will deliver to hearing administrator, the name of the non-participating

advisor that may be accompanying the respondent at the hearing.

The parties have the right to be present at the hearing; however, they do not have the right to be present during deliberations. If a student cannot attend the hearing, it is that student's responsibility to notify the President or his/her designee no less than two (2) days prior to the scheduled hearing to arrange for another date, time and location. Except in cases of grave or unforeseen circumstances, if the responding student fails to give the requisite minimum notice, or if the responding student fails to appear, the hearing will proceed as scheduled. If the party bringing the complaint fails to appear, the complaint may be dropped unless the College chooses to pursue the allegation on its own behalf, as determined by the President or his/her designee. The hearing will begin promptly at the day and time specified. Admittance of late arriving participants will be at the discretion of the hearing administrator.

The President or his/her designee will conduct the hearings according to the following guidelines:

- Hearings will be closed to the public.
- Admission to the hearing of persons other than the parties involved and their non-participating advisor will be at the discretion of the hearing administrator and/or the President or his/her designee.
- In hearings involving more than one responding student, the standard procedure will be to hear the complaints jointly; however, the President or his/her designee may permit the hearing pertinent to each responding student to be conducted separately. In joint hearings, separate

determinations of responsibility will be made for each responding student.

- The parties have the right to a non-participating advisor/advocate of their own choosing. The advisor/advocate may not make a presentation or represent the party bringing the complaint or responding student during the hearing. They may confer quietly with their advisee or exchange notes during the hearing.
- The party bringing the complaint and the responding student will have the privilege of questioning all present witnesses indirectly through the hearing administrator. The hearing administrator will determine the relevancy of questions before requiring an answer. Unduly repetitive witnesses can be limited at the discretion of the hearing administrator.
- Pertinent records, exhibits, and written statements may be accepted as information for consideration by the hearing administrator. Formal rules of evidence are not observed. The hearing administrator may limit the number of character witnesses presented or may accept written affidavits of character instead.
- All procedural questions are subject to the final decision of the hearing administrator.
- The hearing administrator will deliberate after the hearing and determine whether it is more likely than not that the responding student has violated the SRRCC. Once a finding is determined, if the finding is that of a SRRCC violation, the hearing administrator will determine an appropriate sanction(s).

Notification of sanctions will be made in writing and may be delivered by one or more of the following methods: emailed to the student's College-issued email account; delivered in-person by a designee of the President or his/her designee; or mailed to the local or permanent address of the student as indicated in official College

records. Once mailed or emailed such notice will be presumptively delivered. In cases of sexual misconduct and other crimes of violence, notice of the outcome will be delivered to all parties simultaneously, meaning without substantial delay between the notifications to each.

There will be a single verbatim record, such as an audio recording, for all Formal Hearings. Informal meetings, Educational Conferences, and Deliberations will not be recorded. The record will be the property of the College and maintained for thirty calendar days after either the Formal Hearing decision or if applicable, thirty calendar days after the decision by the appellate administrator if there is an appeal.  The recording will be destroyed after the thirty days.

return to top

**Parental Notification**
In compliance with FERPA (Family Educational Rights and Privacy Act), the College reserves the right to notify the parents/guardians of dependent students regarding any conduct situation, particularly alcohol and other drug violations. The College may also notify parents/guardians of non-dependent students who are under the age of 21 of alcohol and/or other drug violations.

return to top

**Failure to Complete Sanctions**

All students, as members of the College community, are expected to comply with conduct sanctions within the timeframe specified by the hearing administrator. Failure to follow through on conduct sanctions by the date specified, whether by refusal, neglect or any other reason, may result in additional sanctions and/or suspension from the College. Students that have been placed on Campus Restrictions of any type or have been suspended are required to meet with the hearing administrator to petition to return to campus, have a hold lifted, or to discuss their conditions to return.

return to top

**Notifications of Sanctions to Individuals other than the Respondent**

The College will release detail of the sanctions issued to the Respondent for a SRRCC violation under the following guidelines:

- The details of any sanction(s) related to a Title IX offense will be handled in accordance with the federal regulations in effect at the time of the sanctioning.
- For all SRRCC violations other than a Title IX violation, the complainant(s) and/or victim(s) will be notified of the finding in their case and if a determination of responsible is arrived at, the complainant(s) and/or victim(s) will be notified of the sanction(s) issued. For crimes of violence, the victim will be notified of the outcome and sanction from any hearing.
- For the sanction of Expulsion, the respondent's transcript will carry a notice of the expulsion.
- In the event of a finding of responsible, the College may release the related sanction(s), the SRRCC violation(s), date(s) of the violation(s), and other pertinent

information as the College deems necessary in the following situations:

- During background checks, fitness for duty requests, subpoenas and other lawful requests for records.
- Within the guidelines of FERPA for any situation the College deems related to the Health and Safety of the Campus Community, another Campus Community, or the Community at large.
- Within the guidelines of FERPA for individuals that apply for admission or financial aid at another institution of higher learning.

return to top

**Appeal Procedures**

Any party may request an appeal of the decision of the hearing administrator by filing a written request to the original hearing administrator, subject to the procedures outlined below. All sanctions imposed by the original hearing administrator remain in effect, and all parties should be timely informed of the status of requests for appeal, the status of the appeal consideration, and the results of the appeal decision. The hearing administrator will forward the appeal to the designated appellate officer for review and response.

return to top

**Grounds for Appeal Requests**

Appeals requests are limited to the following grounds:

- A procedural (or substantive error) occurred that significantly impacted the outcome of the hearing (e.g. substantiated bias, material deviation from established procedures, etc.);

- To consider new evidence, unavailable during the original hearing or investigation, that could substantially impact the original finding or sanction. A summary of this new evidence and its potential impact must be included in the written request to the original hearing administrator;
- The sanctions imposed are substantially disproportionate to the severity of the violation and/or past behavior.

Appeals must be filed in writing with the original hearing administrator within five 5 business days of the notice of the outcome to the hearing, barring exigent circumstances. Any exceptions are made at the discretion of the President or his/her designee.

The hearing administrator, upon notice of appeal, will share the appeal by one party with the other party (parties) when appropriate under procedure or law (e.g., if the responding student appeals, the appeal is shared with the complainant, who may also wish to file a response, request an appeal on the same grounds or different grounds). The President or his/her designee will draft a response memorandum to the appeal request(s), based on the determination that the request(s) will be granted or denied, and why.

If the appeal is not timely or substantively eligible, the original finding and sanction will stand and the decision is final. If the appeal has standing, the President or his/her designee will either remand the appeal to the original hearing officer or at their discretion, select a new hearing officer or hearing panel to consider the appeal. Efforts should be made to remand whenever

possible, with clear instructions for reconsideration only in light of the granted appeal grounds. Where the original decision-maker may be unduly biased by a procedural or substantive error, a new hearing administrator or panel will be constituted to reconsider the matter.

On reconsideration, the original decision-maker may affirm or change the findings and/or sanctions of the original hearing according to the permissible grounds. Procedural (or substantive) errors should be corrected, new evidence should be considered, and sanctions should be proportionate to the severity of the violation and the student's cumulative conduct record. The appeal decision will be provided to the President or his/her designee for review prior to the release to the involved parties.

Appeals are not intended to be full re-hearings of the complaint.

return to top

**Request to Expunge Findings Reported to External Individuals and Organizations**
A responding student with a finding of responsible may request to have their finding expunged from reporting to external individuals and organizations under the following conditions. The President or his/her designee will evaluate the request and respond in writing.

- The request can be made for any sanction excluding Expulsion. All Expulsions will remain a part of the student's permanent record.

- The student has demonstrated a period of unimpeachable behavior of no less than three years since the finding. For more severe charges, the College may require a longer period of unimpeachable behavior. The College may consider other negative behavior on or off campus, public sources of information, or behavior that is deemed negative but did not result in a misconduct charge
- The College may consider character witness or other evidence of redeeming behavior.
- If approved, the College will not report the charge or finding to external sources. Internally, the College will continue to report to appropriate departments.
- In the case of a search warrant or subpoena requesting specific information on the case in question, or specific requests for the history of the student's findings and sanctions, the College is legally obligated to report the original findings.

return to top

Revised October 2018

Take the
# Next Step



Apply Now



Request More
Information

5/4/2019                                    WCC Mail - Executive Summary

                           Robert Hurse <rhurse@wccnet.edu>

## Executive Summary
7 messages

**Robert Hurse** <rhurse@wccnet.edu>                        Mon, Apr 22, 2019 at 7:24 AM
To: Donna Rochester <drochester@wccnet.edu>

Hello,

I submitted my executive summary and it wouldn't upload last night and finally did this morning. I kept getting an error message on blackboard and kept sending me back to the login page and finally went thru this morning, then just kept loading and loading. When I finally went through this morning it said attempted late and I don't feel that is accurate

**Rochester,Donna** <drochester@wccnet.edu>                 Mon, Apr 22, 2019 at 11:01 AM
To: Robert Hurse <rhurse@wccnet.edu>

Hello Robert -

Thank you for the note.

I can direct you to open a case with the helpdesk where they can take a deep dive into Blackboard and make a determination. See course policy agreement and syllabus.

Let me know the tech help response.

Professor Rochester

**From:** Robert Hurse <rhurse@wccnet.edu>
**Sent:** Monday, April 22, 2019 7:24 AM
**To:** Rochester,Donna
**Subject:** Executive Summary

[Quoted text hidden]

**Robert Hurse** <rhurse@wccnet.edu>                        Tue, Apr 30, 2019 at 1:12 PM
To: "Rochester,Donna" <drochester@wccnet.edu>

Hello,

Seen your message back about my final project. I thought those were just potential ideas wasn't clear that I had to choose from one those or just limited to that. For a Fashion business, Instagram is the ideal social media channel to reach customers. So would you like me to just repeat this process of facebook? because even though it was Instagram, it's a Facebook company. I thought the idea was fairly executed and it was actually a real business decision with money spent to get the full experience of this project i thought
[Quoted text hidden]

**Rochester,Donna** <drochester@wccnet.edu>                 Tue, Apr 30, 2019 at 1:32 PM
To: Robert Hurse <rhurse@wccnet.edu>

**Hello Robert -**

EXHIBIT F

Thank you for the note.

First, you did not submit your project proposal assignment that was due on March 24th. I sent announcement emails on both 3/28 and 3/20 requesting students review their proposals for my approval. There was also an announcement email sent to you on 3/18 prior to the proposal due date that stated an project approval was required before moving onto the executive summary.

Also, you received a zero in the gradebook for the missing proposal.

The Executive Summary Assignment feedback to you refer to stated,
"Instagram is not a project choice. I do not have a project approval for you on file. See my emails of 3/28 and 3/30. You can review the project options on the syllabus or in the instructions and resubmit your executive summary for partial credit up until 11:59 pm Sunday 4/28. There will be no third chance. Begin with a project proposal for approval, then write your executive summary.

I allowed you until 4/28 to re-submit, but no executive summary was revised with a required project proposal.

If you are proposing a facebook business page here by email, send me the proposal details and I will take a look. And note the project is due on 5/3 with no grace period. You have already missed the proposal points and the executive summary points.

Let me know if you have any additional questions.

Professor Rochester

**From:** Robert Hurse <rhurse@wccnet.edu>
**Sent:** Tuesday, April 30, 2019 1:12 PM
**To:** Rochester,Donna
**Subject:** Re: Executive Summary

[Quoted text hidden]

Robert Hurse <rhurse@wccnet.edu>                                    Tue, Apr 30, 2019 at 8:43 PM
To: "Rochester,Donna" <drochester@wccnet.edu>

I just don't understand why I received a zero in a social media business on the internet class for using Instagram. I would understand taking points off or something along those lines but with this being the last week of class is just a lot to unpack. If you've responded to my email where I attached the project I would've seen that instead of six days later in the grade and with 24hrs to complete when I have pack schedule full of finals in many other classes

why isn't Instagram an approved topic? I feel it's very relevant and on par with the other options
is Instagram an option now that I'm asking?
were the points I made in project good? you didn't give me any feedback on the actual content

5/4/2019                                    WCC Mail - Executive Summary


[Quoted text hidden]

**Rochester,Donna** <drochester@wccnet.edu>                Wed, May 1, 2019 at 12:17 PM
To: Robert Hurse <rhurse@wccnet.edu>

Hello Robert -

Thank you for the response.

Again, Instagram is not a project choice as I have previously explained (see instructions, my email, summary feedback, and syllabus).

I see you have not yet made a proposal or revised your executive summary, so I will ask if you are interested in completing the course requirements.

If you are, email me your facebook business page proposal and I will take a look. I also recommend you send me the executive summary as well. From there we can determine direction for your final project.

And also note **the project is due on 5/3 with no grace period**. so you have two days after today to sub,it by email yur propoas for approval, the executive summary, and the completed final project.

Let me know if you have any additional questions.

Professor Rochester

**From:** Robert Hurse <rhurse@wccnet.edu>
**Sent:** Tuesday, April 30, 2019 8:43 PM
[Quoted text hidden]

[Quoted text hidden]

**Rochester,Donna** <drochester@wccnet.edu>                Fri, May 3, 2019 at 11:41 AM
To: Robert Hurse <rhurse@wccnet.edu>

Hello Robert -

Just a reminder that the project is due tonight by 11:59 pm and I have not received your response to this email below of 5/1/19.

Professor Rochester

**From:** Rochester,Donna
**Sent:** Wednesday, May 1, 2019 12:17 PM
**To:** Robert Hurse
**Subject:** Re: Executive Summary

[Quoted text hidden]

**COURSE SYLLABUS**
**BMG155: Business on the Internet -** ONLINE



EXHIBIT  F

---

**Email: drochester@wccnet.edu**
**Phone: 734-973-3506** If you receive a voice message, email your concern to my above WCC email.
**Office Hours: BE 200** T 10:00 am – 11:00 am, W 11:30 am – 12:30 pm, Th. 12:30 pm – 3:30 pm

Email Response Time: Emails will receive a response within 24 to 48 hours. It may be a bit longer if you email over the weekend. It is your responsibility to plan ahead. Note that assignments will not be accepted, reviewed, or scored through email.

## What if I need help with Blackboard?

Office: SC 314     Phone: 734.973.3456      Email: help@wccnet.edu

**Text and Materials**
EBook:        *eMarketing: The Essential Guide to Marketing in a Digital World (6th Edition)*
Authors:      Rob Stokes and the Minds of Quirk
Availability:  **Free** download of PDF version is available on the Blackboard under Texbook from the left side menu.

**Mandatory Research Guide: http://libguides.wccnet.edu/c.php?g=604366&p=4188672**
This guide will direct all your research in this course. Molly Ledermann is your library contact, and she can help you with all your research needs. Your work will be held to these research methods and standards. I suggest you go to the link, then, create a bookmark so you will have easy access while you work on course assignments.

Much of the work in this course requires research and sources. Be sure to cite the source correctly so that plagiarism is not an issue. Use quotes or paraphrasing and if you need a review on this important issue, visit http://www.plagiarism.org/. Always read the assignment instructions for research requirements before beginning.

**Note: Citing a source included the complete URL (i.e. blackboard.wccnet.edu/webapps/blackboard/content/listContentEditable.jsp?content_id=_417 7754_1&course_id=_75184_1&mode=reset). A home page is not a complete URL. In addition to the complete URL, you will also provide the author, title, publication, and date.**

**Course Description**
This course explores ways businesses are leveraging Internet technologies and tools in marketing and operational strategies. Students will learn the history of the Internet and the evolution of e-commerce. The course will cover terms and strategies related to online retailing, advertising, social media, business operations, new ventures and emerging technologies.

**Class Structure**
This course will include textbook readings, assignments/quests, quizzes, journals, case studies, projects as well as participation in discussion.boards, possible online meetings and possible online community. The course will focus on principles and strategies for the utilization of the Internet and

online tools to conduct various aspects of business. The class explorations will require you to use, sample and experience a variety of online tools and technologies. Every experience is a part of the learning process in the course; be active and aware as you complete each click. Understanding the value of the Internet and its role in business includes lots of continuously changing tools and technologies; you should be open to learning, experimenting and imagining how the Internet can be used to create and change businesses and markets.

## Time Commitment
Please be aware that in order to meet the requirements of the course expect to spend 9 - 12 hours per week for this 3 credit course.

## Expectations and Availability of Instructor
I will usually respond to email messages within 24 - 48 hours and sometimes a bit longer if over the weekend. You should make a habit of checking messages on a regular basis as well. They may be times when you may get a quick email response because I happen to be checking email, but that is the exception.

**EXHIBIT  F**

## General Communication Guidelines
- o   Please be courteous and professional in your communications.
- o   Please use complete sentences and avoid using abbreviations.

## Individual and Group Communication
- o   In cases where multiple students have the same question or issue I may post an announcement rather than responding individually and/or on the discussion.

## Email Communication
- o   **Please send emails from your WCC account to be in compliance with federal privacy regulations.**
- o   Provide a clear subject line that includes the course name, section number, and the assignment or lab name.
- o   Always include your first and last name in the email message.
- o   State the course (Business on the Internet).

## Course Evaluation
- •   Grades are posted in Blackboard under 'My Grades'.

- •   Grading is *typically* completed within a week of the assignment due date. For example, if the assignment is due on Monday, it will often be graded by the following Monday.

- •

| Quests | 20% |
|---|---|
| Discussion Boards | 20% |
| Quizzes & Exam | 15% |
| Journals | 15% |
| Projects | 30% |

## Grading Scale

| 94 - 100% | = A | 84 - 86% | = B | 74 - 76% | = C | 64 - 66% | = D |
|---|---|---|---|---|---|---|---|
| 90 - 93% | = A- | 80 - 83% | = B- | 70 - 73% | = C- | 60 - 63% | = D- |

87 - 89%    = B+        77 - 79%    = C+        67 - 69%    = D+        59% & below = F

**NOTE: All files to be submitted in this course will be in Word. No other file types will receive credit unless otherwise noted in your final project. Once submitted in any other file type, it is a zero. No Exceptions. No work will be accepted by email. It is your responsibility to submit proper file type and check your upload for all work.**

## EXHIBIT F

**Quests**
There are quests that will be assigned to the class which require you to explore the use of various social media tools and technology. For quests, you will post your findings and contributions in Blackboard by the due date.  Always read the questions and instructions carefully.

**Discussion Boards**
There will be several discussion boards that will need to be completed for this course. The Discussion Boards provide an opportunity for you to interact and share information with other students and the instructor about Internet Marketing technology and how it is being used.  Each discussion requires your original post and two peer responses to be considered for full credit.

**Quizzes**
The online quizzes are timed and will be available in Blackboard during the week it is assigned. You will have **two attempts** for every quiz with the highest grade being recorded. The quizzes consist of random multiple choice questions that focus on vocabulary and concepts. Quizlets.com http://quizlet.com/class/777387/  can be used as a study tool to help prepare for the quizzes.

**Final Exam - There is just 1 attempt for the final exam**. The final exam is cumulative and will consist of random multiple choice questions that focus on course concepts. Again, just 1 attempt for final with no resets. No exceptions, so be certain you have a reliable internet connection. If you are not certain of a reliable connection, you may take the final in the college computer lab. It is your responsibility to take your exam on a reliable internet connection.

**Journals**
You will utilize journals to reflect upon the lessons learned during the sessions or activities. This is where you will tell me your additional thoughts on the module material.

**Case Studies**
You will be responsible for writing two case studies that highlights a social media strategy that an organization has successfully or unsuccessfully implemented.  The cases should include researched facts (**at least three relevant and qualified sources**) as well as application of course concepts and your narrative of the situation and success/failure. Refer to the research guide for requirements. You must find your sources, review the sources, then write your case based on the research you have found. Personal experience, in relation to your topic can be

placed in the last paragraph(s). A case based on your personal experience will not meet the requirements for credit.

**EXHIBIT F**

**Note:** Citing a source included the complete URL (i.e. blackboard.wccnet.edu/webapps/blackboard/content/listContentEditable.jsp?content_id=_4177 754_1&course_id=_75184_1&mode=reset). A home page is not a complete URL. In addition to the complete URL, you will also provide the author, title, publication, and date.

**Course Project**
As part of the course requirements, you will be developing a project related to marketing on the Internet. This project is an opportunity for you to demonstrate creativity while applying the skills and features being covered in the course. You will need to submit a Project Proposal for approval.  Potential project ideas:

- Create a Facebook page and/or a Twitter account for a business you own or work for. Details in the project section of the course.
- Develop a website for a business, real or example. Details in the project section of the course.
- Develop a LinkedIn business page, establish connections and make five relevant industry informational posts. Details in the project section of the course.
- Establish a blog for a business to review some of the new products. Write and post a minimum of three 400 plus word articles. Details in the project section of the course.
- Review a web site for a local small business and provide recommendations to improve the user experience and SEO. Provide before and after screen shots. Details in the project section of the course.
- Establish and advertise a business on Etsy. Details in the project section of the course.

You will carry out your marketing project plan and attempt to achieve the objectives for the specified period of the class.  You must summit an Executive Summary of the results, and a **JING video.** No other file types will receive credit. Project files must be submitted via Blackboard and will NOT be accepted via email. **Late assignments past grace receive NO CREDIT. No Exceptions.**

**Incomplete Policy**
You will not be given an incomplete grade in the course without sound reason and documented evidence. In any case, for a student to receive an incomplete, he or she must be passing and must have completed a significant portion of the course.

**Late Work**

All graded items including assignments, activities, quizzes, discussion boards and projects MUST be submitted by the due date. **Late assignments receive half-credit with a five-day grace period (except for Week 15 where there is no grace period). After 5 days, there is no credit. It is your responsibility to meet the course deadlines each week.** So if an assignment is worth 20 points and you post late you will receive no higher than 10 points if posted within the 5-day grace. After the five-day grace, the score will be zero. No exceptions.



**EXHIBIT F**

**Other**
Instructor reserves the right to make changes to the schedule and assignments. Revised handouts will be distributed to students and posted on Blackboard.

**Emailed assignments will not be reviewed or graded. All work must be uploaded on Blackboard.**

**Course Status Changes**
For information on dropping a course for a refund, changing the registration status from Audit to Credit or Credit to Audit, or withdrawing from a course without a refund, please visit Washtenaw Community College's website . These options are handled through the Student connection and are the responsibility of the student. The instructor can handle none of these choices. If a student does not drop the course, and does not participate in the course activities, that student will receive an "F" in the course.

## Consider your options

Talk with your instructor first about how you may be able to complete their class successfully. A WCC counselor or advisor can also help you choose the best action for your circumstances by considering your personal situation. They will review the classes you still need to take for your program, and when you plan to graduate or transfer.

You may find that WCC resources like free drop-in tutoring or a study group, support for a disability, or help with basic needs or childcare can provide just what you need.

If you do decide to drop or withdraw, check with Financial Aid to find out how your aid will be affected.

For information on dropping a course for a refund, changing the registration status from Audit to Credit or Credit to Audit, or withdrawing from a course without a refund, please visit Washtenaw Community College's website . **These options are handled through the Student connection and are the responsibility of the student. The instructor can handle none of these choices. If a student does not drop the course, and does not participate in the course activities, that student will receive an "F" in the course.**

**Minimum Computer Literacy Skills and Technology Requirements**
- You should have a general knowledge of computers, file management skills, word processing skills, and Internet skills.
- Access to Blackboard and the Internet is essential for the entire course duration.
- Course content will be delivered in multiple formats, including but not limited to webpages, Word and pdf documents, video, and audio formats. You may need to install the recommended plug-ins for each type of media.
- If you have an unreliable computer, internet connection, or any other technical issue, always use the college computer lab.
- Exams require a reliable computer connection. Phone devices are not reliable.

**Technical Support**
- Browse the Resources & Help for Blackboard FAQ's, How to Videos, and other resources.

- Email blackboard@wccnet.edu or call the Blackboard Help Desk at 734-477-8724.

---

## Student Conduct

The Board of Trustee Policy 4095 provides information on overall Student Rights, Responsibilities, and Conduct Code including Academic Dishonesty:

Academic Dishonesty: All forms of academic dishonesty including but not limited to collusion, fabrication, cheating, and plagiarism will call for discipline.

- Collusion is defined as the unauthorized collaboration with any other person in preparing work offered for individual credit.
- Fabrication is defined as intentionally falsifying or inventing any information or citation on any academic exercise.
- Cheating is defined as intentionally using or attempting to use unauthorized materials, information, or study aids in any academic exercise.
- Plagiarism is defined as the appropriation of any other person's work and the unacknowledged incorporation of that work in one's own work offered for credit.

The full policy is available at http://www.wccnet.edu/trustees/policies/4095/.

---

## Safety & Security

Your safety and security is important to us.  Here are some important safety tips for the upcoming semester.  Also watch your WCC email for safety tips throughout the semester.

- **Emergency Notification Service:** We encourage you to sign up for the Emergency Notification Service in MyWCC. You will receive timely notifications if the College is closed due to weather or other emergency.
- **Fire:**  If there is a fire or other reason a building needs to be evacuated, the fire alarm will ring. Exit the building using the nearest stairway.  Do not use elevators. Make sure you stay at least 150 feet from the building until the all clear signal is given.
- **Tornado:**  If a tornado warning is issued for the WCC campus area, the tornado siren will activate outside and an emergency message will broadcast throughout campus.  Please seek shelter in the closest room/area designated as a tornado shelter.  If you are unable to find a marked tornado shelter, seek shelter in an inner hallway or restroom, away from exterior windows.
- **Property Security:** Do not leave laptop computers, smart phones, tablets or other valuables unattended.  If parking on campus, roll up your windows, lock your doors and keep personal belongings out of sight.
- Call Campus Safety (734-973-3411 or 3411 from a College house phone) to report any suspicious activity or safety concern.

---

## Report a Concern

The WCC Care Team can receive online reports from any member of the campus community regarding any concern at:
https://publicdocs.maxient.com/reportingform.php?WashtenawCC&layout_id=4
or use the *Report a Concern* link from the WCC home page.

---

## Accommodations

If you have a documented disability or used an IEP in high school, contact Learning Support Services as soon as possible to discuss accommodations.  Learning Support Services is located in room LA 104.

---

**Sexual Misconduct/Title IX Disclosure**
Washtenaw Community College seeks to provide an environment free of sexual misconduct.  If you are, or have been, the victim of sexual misconduct on campus or within a WCC educational program or activity – contact the Ombudsman office at ombudsman@wccnet.edu.

Information on sexual misconduct prevention, awareness, reporting methods, and victim resources are available from the WCC website at:
http://www.wccnet.edu/consumer-information/sexual-misconduct/

---

**Pregnant Students**
The College recommends that pregnant students be proactive in communicating their situation with their instructor and WCC support offices.  Pregnant students should contact the Ombudsman office (ombudsman@wccnet.edu) as soon as possible if they encounter medical situations that are impacting their ability to attend classes.  Options for adjustments become limited with time.

Pregnant students should contact Learning Support Services to discuss accommodations, if needed, during their pregnancy.  Additional information is available at:
http://www.wccnet.edu/services/ombudsman/pregnant-student-rights/

---

**Lactation Room**
In support of our students and employees who are nursing mothers, a lactation room is available for your use. The room offers a secure and private place for the mother to express milk for their nursing children.

Students may make arrangements to use the lactation room by contacting:
>    Student Resources Center (SRC) on the second floor of the Student Center building or via phone at 734-677-5105.

Additional information is available at:
http://www.wccnet.edu/services/ombudsman/lactation-room/

8/20/2015                                                WCC Mail - Exam Four



Robert Hurse <rhurse@wccnet.edu>

## Exam Four                                        EXHIBIT F
7 messages

**Robert Hurse** <rhurse@wccnet.edu>                          Fri, May 1, 2015 at 1:55 PM
To: Mimi Norwood <mnorwood@wccnet.edu>

Hello,

I lost my connection during exam four and I was wondering how I could I complete it.

Thank you,

Robert Hurse

**Norwood, Mimi** <mnorwood@wccnet.edu>                       Fri, May 1, 2015 at 9:29 PM
To: Robert Hurse <rhurse@wccnet.edu>

Robert,

Your exam has been reset.  Please try again.

Mimi

**From:** Robert Hurse [rhurse@wccnet.edu]
**Sent:** Friday, May 01, 2015 1:55 PM
**To:** Norwood, Mimi
**Subject:** Exam Four

[Quoted text hidden]

**Robert Hurse** <rhurse@wccnet.edu>                          Mon, May 4, 2015 at 9:26 PM
To: "Norwood, Mimi" <mnorwood@wccnet.edu>

I had the same problem with exam two last night.

Sorry, just getting home from work and I couldn't log into blackboard form my phone.

Thank you,

Robert Hurse
[Quoted text hidden]

**Robert Hurse** <rhurse@wccnet.edu>                          Mon, May 11, 2015 at 7:59 AM
To: "Norwood, Mimi" <mnorwood@wccnet.edu>

Hello,

I left you a voicemail this morning about my grade in your sociology class.
Please feel free to call me at your earliest convenience.



EXHIBIT  F

Thank You,

Robert Hurse
734-741-3100
[Quoted text hidden]

---

**Norwood, Mimi** <mnorwood@wccnet.edu>                    Wed, May 13, 2015 at 9:56 PM
To: Robert Hurse <rhurse@wccnet.edu>
Cc: "dblair@wccnet.edu" <dblair@wccnet.edu>

Robert,

Your four exam scores were as follows:

Exam 1: 88
Exam 2: 38
Exam 3: 82
Exam 4: 92

You did not post on 8 of the 13 Discussion Board assignments.
You earned a total of 418 points for SOC100.  According to the following grading scale that was in the course syllabus, your final grade is C-

Mimi Norwood

## Grading Scale

| Points | Grade |
| --- | --- |
| 575 to 610 | A |
| 550 to 574 | A- |
| 525 to 549 | B+ |
| 500 to 524 | B |
| 475 to 499 | B- |
| 450 to 474 | C+ |
| 425 to 449 | C |
| 400 to 424 | C- |
| 375 to 399 | D+ |
| 350 to 374 | D |
| 325 to 349 | D- |
| Below 325 | F |

---

**From:** Robert Hurse [rhurse@wccnet.edu]
**Sent:** Monday, May 11, 2015 7:59 AM
**To:** Norwood, Mimi
**Subject:** Re: Exam Four

[Quoted text hidden]

---

**Norwood, Mimi** <mnorwood@wccnet.edu>                    Wed, May 13, 2015 at 9:59 PM
To: Robert Hurse <rhurse@wccnet.edu>
Cc: "Blair, Dena" <dlblair@wccnet.edu>

[Quoted text hidden]

**From:** Norwood, Mimi
**Sent:** Wednesday, May 13, 2015 9:56 PM
**To:** Robert Hurse
**Cc:** dblair@wccnet.edu
**Subject:** RE: Exam Four



[Quoted text hidden]

**Robert Hurse** <rhurse@wccnet.edu>                    Thu, May 14, 2015 at 11:38 AM
To: "Norwood, Mimi" <mnorwood@wccnet.edu>

Hello,

Yes, I understand about the discussion boards. I didn't realize I was missing exam two and when doing it I encountered the same problem like I did on exam four. I emailed you and sent a screenshot you on may fourth.It wouldn't let me attempt it again. I totally don't think I would've earned a 34, thats just how far I was able to get on the test. I think my previous test show that. My final grade as of now is a D+ it's showing and I don't think I've earned that. Before I attempted  the test it was showing a B as my final grade.

Robert Hurse
[Quoted text hidden]

8/20/2015                                    Exam Four - rhurse@wccnet.edu - WCC Mail

rhur

## Mail                                                                    **More**

COMPOSE

**Inbox (347)**
Starred
Important
Sent Mail

Search people...

Brian Goedde
Briana Cooper
Lewis, James
Mimi Norwood
Nichole Cullin
paahenry
paahenry

**Robert Hurse** <rhurse@wccnet.edu>                    May 14
to Mimi

Hello,

Yes, I understand about the discussion boards. I didn't realize I was missing exam two and when doing it I encountered the same problem like I did on exam four. I emailed you and sent a screenshot you on may fourth.It wouldn't let me attempt it again. I totally don't think I would've earned a 34, thats just how far I was able to get on the test. I think my previous test show that. My final grade as of now is a D+ it's showing and I don't think I've earned that. Before I attempted  the test it was showing a B as my final grade.

Click here to Reply or Forward

EXHIBIT G

**Robert Hurse**

| | |
|---|---|
| **From:** | Hirth,Hunter <hbhirth@wccnet.edu> |
| **Sent:** | Monday, March 31, 2025 9:33 AM |
| **To:** | Robert Hurse |
| **Subject:** | RE: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] RE: WCC Request for an In-Person Meeting |

Hello Robert,

Yes, we have received your emails and we are reviewing the submitted materials.

Best,

**Hunter Hirth**
*Executive Secretary to the Executive Vice President for Instruction*
Washtenaw Community College
Student Center, Room 243A
4800 E. Huron River Drive |Ann Arbor |MI 48105
734-973-3488 Phone
hbhirth@wccnet.edu Email

**From:** Robert Hurse <robert@hurse.net>
**Sent:** Monday, March 31, 2025 9:30 AM
**To:** Hirth,Hunter <hbhirth@wccnet.edu>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] RE: WCC Request for an In-Person Meeting

** WARNING: This email originated from outside of the WCC organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

Hi Hunter,
I hope you're doing well. I wanted to follow up to see if Provost Blakey received my recent emails regarding our discussion. I haven't received any confirmation or reply yet, so I just wanted to check in.
Please let me know if they were received or if I should resend anything. I appreciate your time!
**Robert Hurse**
**(734) 741-3100**
**The Standard Detroit**

Get Outlook for Android

**From:** Hirth,Hunter <hbhirth@wccnet.edu>
**Sent:** Wednesday, March 19, 2025 2:57:54 PM
**To:** Robert Hurse <robert@hurse.net>
**Subject:** RE: [EXTERNAL] Re: [EXTERNAL] RE: WCC Request for an In-Person Meeting

1

Robert,

I am so glad we found a time that works.

I will go ahead and send out a meeting invite for Friday March 21st from 10:30-11AM. In the meeting invite, the zoom link will be attached. If you have any difficulties viewing the meeting invite, please let me know and I will send you the zoom information via email instead.

Thank you!

**Hunter Hirth**
***Executive Secretary to the Executive Vice President for Instruction***
Washtenaw Community College
Student Center, Room 243A
4800 E. Huron River Drive |Ann Arbor |MI 48105
734-973-3488 Phone
hbhirth@wccnet.edu Email

**From:** Robert Hurse <robert@hurse.net>
**Sent:** Wednesday, March 19, 2025 2:06 PM
**To:** Hirth,Hunter <hbhirth@wccnet.edu>
**Subject:** [EXTERNAL] Re: [EXTERNAL] RE: WCC Request for an In-Person Meeting

** WARNING: This email originated from outside of the WCC organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

Hi Hunter,

Thank you for your clarification - I appreciate it. I am available for any of the time slots on Friday, March 21st, or Monday, March 24th. Please let me know which date/time works best on your end, along with the details for the meeting.

**Robert Hurse**
**(734) 741-3100**

Get Outlook for Android

**From:** Hirth,Hunter <hbhirth@wccnet.edu>
**Sent:** Monday, March 17, 2025 3:37:04 PM
**To:** Robert Hurse <robert@hurse.net>
**Cc:** Blakey,Linda <lblakey@wccnet.edu>
**Subject:** RE: [EXTERNAL] RE: WCC Request for an In-Person Meeting

Hello Robert,

I think I should clarify that The President received your letter herself, and although her office requested that we reach out to hear your concerns, she is working directly alongside The Provost.

Due to The Provost's busy schedule, I did my best to hold time for you as soon as possible, and unfortunately last Friday was the only available time last week.

2

Below, I have provided additional availability for a 30 minute zoom call this week and next.

Thursday, March 20th:
2-2:30PM
2:30-3:00PM
3-3:30PM

Friday, March 21st:
10-10:30AM
10:30-11AM

Monday, March 24th:
9:30-10AM
10-10:30AM

Please let me know your availability and I am happy to get this scheduled as soon as possible.

Thank you!

**Hunter Hirth**
***Executive Secretary to the Executive Vice President for Instruction***
Washtenaw Community College
Student Center, Room 243A
4800 E. Huron River Drive |Ann Arbor |MI 48105
734-973-3488 Phone
hbhirth@wccnet.edu Email

**From:** Robert Hurse <robert@hurse.net>
**Sent:** Friday, March 14, 2025 7:47 AM
**To:** Hirth,Hunter <hbhirth@wccnet.edu>
**Subject:** [EXTERNAL] RE: WCC Request for an In-Person Meeting

** WARNING: This email originated from outside of the WCC organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

Hunter,

Thank you for getting back to me regarding my initial request. While I appreciate the offer to meet with Provost Blakey, I would like to take this opportunity to clarify and reiterate several key points concerning my request.

I specifically requested an in-person meeting with President Bellanca, and I am concerned that this request seems to have been dismissed. As a WCC alum, I find this response disheartening, as I believe the matters I wish to discuss are important and would benefit from the president's direct attention. The tone of the response feels dismissive, and I was hoping for a more engaged approach to address them. My intent in requesting an in-person meeting is to provide physical documentation of my concerns—something that cannot be effectively achieved through a Zoom meeting. A face-to-face discussion would also ensure that nothing is lost in translation. The supporting materials I wish to present would be best conveyed in person rather than on a virtual platform.

I find it quite disappointing to be offered only a single time slot with no flexibility. I had hoped for a more accommodating approach to scheduling this conversation. If meeting with Provost Blakey is a

3

necessary step before I can speak with President Bellanca, I would appreciate clarification on the process. Specifically, I would like to know whether I will have the opportunity to meet with President Bellanca following my discussion with Provost Blakey and what the typical timeline is for this process.

Since I am not allowed to meet with President Bellanca at this time, I would also like to explore other availability options with Provost Blakey. The single time slot offered does not work with my schedule, so I would appreciate the opportunity to find a mutually convenient time.

My goal is to have a productive discussion that addresses my concerns effectively and efficiently, which I believe that a direct meeting with President Bellanca would be the most appropriate way to achieve this.

**Robert Hurse**
**(734) 741-3100**

**From:** Hirth,Hunter <hbhirth@wccnet.edu>
**Sent:** Wednesday, March 12, 2025 11:37 AM
**To:** Robert Hurse <robert@hurse.net>
**Subject:** WCC Request for an In-Person Meeting

Hello Robert,

We received your message and would like to set up a time for you to meet with our Provost, Linda Blakey. She works very close to President Bellanca, and is the best person to address your concerns.

Are you available Friday March 14th any time between 9AM and 10:30AM for a virtual **zoom** meeting?

Please let me know your availability and I will be happy to set something up.

Best,

**Hunter Hirth**
*Executive Secretary to the Executive Vice President for Instruction*
Washtenaw Community College
Student Center, Room 243A
4800 E. Huron River Drive |Ann Arbor |MI 48105
734-973-3488 Phone
hbhirth@wccnet.edu Email

EXHIBIT G

**Robert Hurse**

| | |
|---|---|
| **From:** | Robert Hurse |
| **Sent:** | Monday, March 24, 2025 1:37 PM |
| **To:** | lblakey@wccnet.edu |
| **Subject:** | RE: THANK YOU - ROBERT HURSE - FOLLOW UP - NEXT STEPS |
| **Attachments:** | Robert Hurse - WCC documents.pdf |

# Good afternoon, Provost Blakey,

I appreciate you taking the time to review these materials. Attached are the files related to my experiences in **Sociology with Mimi Norwood (2015)** and **Business on the Internet with Donna Rochester (2019)**. I've highlighted key points for easier reference.

## Sociology – Mimi Norwood

- I reached out to Professor Norwood on **May 4th**, about **EXAM 2** but never received a response to the emails.

- My final grade was submitted as a **C-**, yet it appears as a **D** on my transcript. When I inquired about this discrepancy, my email was never acknowledged.

## Business on the Internet – Donna Rochester

- I attached emails and the syllabus, which outline our interactions.

- Professor Rochester repeatedly ignored my requests for clarification on the project.

- She insisted that Instagram was **not an acceptable topic**, despite the syllabus stating "project ideas" without restricting specific platforms. Given the nature of a **fashion business**, Instagram was a highly relevant tool.

- She later told me to **redo the project**, even though the only change would have been the medium. At that point, I had a **B in the class**, which was impacted by this situation.

## Entrepreneurship Course Incident

Regarding **Shannon Beeman**, the situation was ultimately categorized as a **personality conflict** by **Dean Kim Hurns**, with no consideration of the impact on my **GPA, time, or overall experience**. Retaking the course meant:

- **Attending an evening class**, which was outside my usual schedule.

- **Encountering a safety issue**, where I was repeatedly harassed online and required **campus security escorts** to my car.

- **Challenging weather conditions**, which my new instructor, Corey, even acknowledged.

Additionally, the **incident report filed with Officer Lucas Coffey** documents the **public confrontation** I endured. I was **ridiculed and publicly embarrassed** despite my efforts to disengage. I was never informed of any follow-up action, never received an apology, and never saw any indication that the situation was **addressed or prevented from happening again**.

Instead, it felt as though I was simply pushed forward while the issue was disregarded.

## Remedy

As we discussed, I am seeking a **$5,000 remedy**, which I believe is fair given the impact these incidents had on my academic experience, time, and financial investment. This amount reflects:

- **The cost of retaking courses** due to situations beyond my control.

- **The GPA impact** that affected my academic trajectory.

- **The stress and disruption** caused by unresolved issues and administrative decisions.

**Robert Hurse**
**(734) 741-3100**
**The Standard Detroit**

**From:** Robert Hurse
**Sent:** Friday, March 21, 2025 12:41 PM
**To:** lblakey@wccnet.edu
**Subject:** THANK YOU - ROBERT HURSE - FOLLOW UP - NEXT STEPS

**Linda Blakey, Provost,**

Thank you for taking the time to meet with me today and hearing about my experience at Washtenaw Community College.

As we discussed, my concerns stem from several incidents:

- The situation in my entrepreneurship course, where Dean Kim Hurns viewed the matter as a personal conflict and advised me to speak with the instructor. Unfortunately, this led to an altercation, followed by the incident report, which you confirmed having a copy of.
- Additional issues I experienced in **Sociology (2015) with Professor Mimi Norwood** and **Business on the Internet (2019) with Professor Donna Rochester**.
- The remedy I proposed of **$5,000**, which I believe is a fair resolution considering the impact these incidents had on my academic experience and career.

Just so we're clear, my intent in bringing this forward is both to inform and to seek a resolution.

I will send the following requested documents on Monday:

- A detailed account of my experiences in the courses with Professors Norwood and Rochester.
- Supporting documentation related to these incidents.
- A breakdown of the reasoning behind my proposed remedy.

Again, I truly appreciate your time to listen to my concerns.

Thank you,

**Robert Hurse**
**(734) 741-3100**
**The Standard Detroit**

EXHIBIT H

**LIEVENS LAW**,P.
J. HENRY LIEVENS
ATTORNEY AT LAW

Lambertville, MI 48144
United States
734-854-3881

Robert Hurse

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 02212 |
| **Invoice Date** | May 30, 202 |
| **Payment Terms** | |
| **Due Date** | |

Robert Hurse

# Payment Receipt

**Date:** 2025-05-30 13:28:54 UTC

**Payment:** $100.00 on Invoice #02212

**Payment Type:** American Express #117-6F1DC entered in-office

**Payment Transaction:** #117-6F1DC

**Payment Identifier:** 4435886

**Entered By:** Karen Dayss

**Notes:** Paid in office.